Stockwire Research Group, Inc. et al v. Lebed et al     Doc. 2

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **07-22670 CIV-SEITZ / McALILEY**

Stockwire Research Group, Inc.
and Adrian James

    Plaintiff

v.

Jonathan Lebed, Lebed Biz, LLC,
and Pigasa, Inc.

    Defendant

FILED BY _____ 2007 OCT 10 PM 1:20 S.D. OF FLA.-FT.L.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mr. Jonathan Lebed
101 20th St., 2707
Miami Beach, Florida 33139-1903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter A, Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**      DATE 10/10/07
CLERK OF COURT

(BY) DEPUTY CLERK

Dockets.Justia.com

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **07-22670 CIV-SEITZ/McALILEY**

Stockwire Research Group, Inc.
and Adrian James

          Plaintiff

v.

Jonathan Lebed, Lebed Biz, LLC,
and Pigasa, Inc.

          Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Lebed Biz, LLC
c/o Jonathan Lebed, Managing Member & Registered Agent
101 20th St., 2707
Miami Beach, Florida 33139-1903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter A, Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**
CLERK OF COURT

DATE 10/10/07

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-22670 CIV-SEITZ / McALILEY

Stockwire Research Group, Inc.
and Adrian James

            Plaintiff

v.

Jonathan Lebed, Lebed Biz, LLC,
and Pigasa, Inc.

            Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Pigasa, Inc.
c/o Jonathan Lebed, President & Registered Agent
101 20th St., 2707
Miami Beach, Florida 33139-1903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter A, Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**

CLERK OF COURT

DATE 10/10/07

(BY) DEPUTY CLERK