# SHERIFF'S RETURN OF SERVICE — MIAMI-DADE COUNTY, FL

| Field | Value |
|---|---|
| SERVICE NUMBER | 1775538 / 0 |
| TO BE SERVED | LEBED JONATHAN, 101 20 STREET, 2707, MIAMI BEACH FL 33139 |
| ALIAS/PLURIES | |
| TRANSACTION # | 926764 |
| COURT CASE NUMBER | 07-22670 CIV |
| PLAINTIFF | STOCKWIRE RESEARCH GROUP, INC |
| DATE | 10/11/2007 |
| WRIT TYPE | SUMM |
| DEFENDANT | LEBED JONATHAN |
| DEPOSIT | NONE |
| COURT DATE | |
| POSSESSION MAILED | |
| MAIL RETURN TO | PETER A KOZIOL, ESQ, ASSOULINE & BERLOWE, 3250 MRY STREET, 308, COCONUT GROVE FL 33133, PHONE NUMBER 000 0000000 |
| FEES | 03- 20.00 / 09- 0.00 / 01- 0.00 |
| ZONE | 10 N |
| SERVICES | 01 |
| TOT-CHECK | 20.00  Q306687 |
| RETURN DISBURSEMENT NUMBER | RD - / - |

## SERVICE INFORMATION
ALL ACTIONS PERFORMED IN ACCORD WITH APPLICABLE FLORIDA STATE STATUTES

☐ SERVED

**SERVICE DETAILS**
- ☐ INDIVIDUAL SERVICE ON "TO BE SERVED"
- ☐ EXECUTED PER INSTRUCTIONS
- ☐ OTHER: See Comments
- ☐ SUBSTITUTE SERVICE: (Served On A Person Residing Therein of Age 15 Years or Older)
- ☐ CORPORATE SERVICE: (As Defined in F.S. 48.081 and F.S. 48.091)

**POSTED**
- ☐ RESIDENTIAL  ☐ COMMERCIAL  AT: ___
- Posted After Following Prior Personal Service Attempts:
- 1. DATE ___ TIME ___ am/pm  2. DATE ___ TIME ___ am/pm
- 24 HOUR NOTICE POSTED: By ___ PRINT NAME ___ COURT ID# ___ on ___ DATE ___ TIME ___ am/pm
- ☐ PLACED IN POSSESSION: ___

☒ **NO SERVICE**

**NO-SERVICE DETAILS**
- ☒ UNABLE TO LOCATE "TO BE SERVED" AND DOCUMENT COULD NOT LAWFULLY BE SERVED IN ANOTHER MANNER
- ☐ "TO BE SERVED" NOT AT GIVEN ADDRESS
- ☐ NO SERVICE PER DIRECTIONS OF PLAINTIFF/REPRESENTATIVE
- ☐ BANKRUPTCY
- ☐ ASSETS NOT FOUND
- ☐ PARTY PAYING DIRECT PER ABOVE NAMED PLAINTIFF/REPRESENTATIVE
- ☐ NO LONGER IN BUSINESS
- ☐ FULLY SATISFIED
- ☐ OTHER: See Comments

ATTEMPTS 5

**COMMENTS**
Numerous Am p/m attempts

**RETURN**
On 10-24-2007 at 8:55 am/pm
Robert Parker, Director and Metropolitan Sheriff
Miami-Dade County, Florida
By ___ (signature) Court Support Specialist
Voice: (305) 375-5100  Fax: (305) 375-5517
140 West Flagler Street, Suite 801, Miami, Florida 33130-1564

**NOTARIZATION OF SERVER'S SIGNATURE** (BY SPECIFIC REQUEST AND FEE ONLY)
- ☐ IDENTIFICATION PRODUCED (Specify Below)
- ☐ PERSONALLY KNOWN
- SWORN TO BEFORE ME ON ___
- SIGNATURE ___

ORIGINAL-CLERK OF THE COURT    YELLOW-PLAINTIFF/REPRESENTATIVE

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **07-22670 CIV-SEITZ/McALILEY**

Stockwire Research Group, Inc.
and Adrian James

                Plaintiff

v.

Jonathan Lebed, Lebed Biz, LLC,
and Pigasa, Inc.

                Defendant

**SERVED**
DATE _____
TIME _____
BY _____
BADGE # _____
MIAMI-DADE POLICE DEPARTMENT
OFFICE OF THE
METROPOLITAN SHERIFF
COURT SERVICES BUREAU
MIAMI-DADE COUNTY, FLORIDA

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mr. Jonathan Lebed
101 20th St., 2707
Miami Beach, Florida 33139-1903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter A, Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**
CLERK OF COURT

DATE 10/10/07

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____
_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____
_____

G    Returned unexecuted: _____
_____
_____
_____

G    Other (*specify*): _____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

                                                   Signature of Server

                                                   Address of Server

(1)      As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.