# SHERIFF'S RETURN OF SERVICE — MIAMI-DADE COUNTY, FL

| Field | Value |
|---|---|
| SERVICE NUMBER | 1775537 / 0 |
| TO BE SERVED | PICASA, INC<br>101 20 STREET, 2707<br>MIAMI BEACH   FL   33139 |
| ALIAS/PLURIES | |
| TRANSACTION # | 926764 |
| COURT CASE NUMBER | 07-22670 CIV |
| PLAINTIFF | STOCKWIRE RESEARCH GROUP, INC |
| DATE | 10/11/2007 |
| COURT | |
| WRIT TYPE | SUMM |
| DEFENDANT | LEBED   JONATHAN |
| DEPOSIT | NONE |
| COURT DATE | |
| POSSESSION MAILED | |
| MAIL RETURN TO | PETER A KOZIOL, ESQ<br>ASSOULINE & BERLOWE, PA<br>3250 MARY STREET, 308<br>COCONUT GROVE   FL   33133<br>PHONE NUMBER 000 0000000 |
| FEES | 03- 20.00<br>09-  0.00<br>01-  0.00 |
| ZONE | 10 N |
| SERVICES | 01 |
| TOT-CHECK | 20.00<br>Q306687 |
| RETURN DISBURSEMENT NUMBER | RD - / - |
| CO-DEFENDANT (IF ANY) | |

## SERVICE INFORMATION

ALL ACTIONS PERFORMED IN ACCORD WITH APPLICABLE FLORIDA STATE STATUTES

**SERVED**

- [ ] INDIVIDUAL SERVICE ON "TO BE SERVED"
- [ ] SUBSTITUTE SERVICE: (Served On A Person Residing Therein of Age 15 Years or Older)
- [ ] CORPORATE SERVICE: (As Defined in F.S. 48.081 and F.S. 48.091)

SERVICE DETAILS:
- [ ] EXECUTED PER INSTRUCTIONS
- [ ] OTHER: See Comments

- [ ] RESIDENTIAL   [ ] COMMERCIAL   AT: _____
Posted After Following Prior Personal Service Attempts:
1. ___ DATE ___ TIME ___ am/pm  2. ___ DATE ___ TIME ___ am/pm

24 HOUR NOTICE POSTED: By ___ PRINT NAME ___ COURT ID# ___ on ___ DATE ___ TIME ___ am/pm  [ ] R  [ ] C
- [ ] PLACED IN POSSESSION: ___

**[X] NO SERVICE** — NO-SERVICE DETAILS

- [X] UNABLE TO LOCATE "TO BE SERVED" AND DOCUMENT COULD NOT LAWFULLY BE SERVED IN ANOTHER MANNER
- [ ] "TO BE SERVED" NOT AT GIVEN ADDRESS
- [ ] NO SERVICE PER DIRECTIONS OF PLAINTIFF/REPRESENTATIVE
- [ ] BANKRUPTCY
- [ ] ASSETS NOT FOUND
- [ ] PARTY PAYING DIRECT PER ABOVE NAMED PLAINTIFF/REPRESENTATIVE
- [ ] NO LONGER IN BUSINESS
- [ ] FULLY SATISFIED
- [ ] OTHER: See Comments

ATTEMPTS 5

## COMMENTS

Numerous AM & PM attempts

## RETURN

On 10-24-2007 at 855 am/pm

Robert Parker, Director and Metropolitan Sheriff
Miami-Dade County, Florida

By ___ UGARTE (PRINT NAME) ___ (SIGNATURE) COURT ID# 4158
[ ] Deputy Sheriff  [X] Court Support Specialist   Voice: (305) 375-5100
140 West Flagler Street, Suite 801, Miami, Florida 33130-1564   Fax: (305) 375-5517

### NOTARIZATION OF SERVER'S SIGNATURE (BY SPECIFIC REQUEST AND FEE ONLY)

- [ ] IDENTIFICATION PRODUCED (Specify Below) ___
- [ ] PERSONALLY KNOWN

SWORN TO BEFORE ME ON ___
SIGNATURE ___

ORIGINAL-CLERK OF THE COURT      YELLOW-PLAINTIFF/REPRESENTATIVE

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-22670

CIV - SEITZ

/ McALILEY

Stockwire Research Group, Inc.
and Adrian James

    Plaintiff

v.

Jonathan Lebed, Lebed Biz, LLC,
and Pigasa, Inc.

    Defendant

SERVED
DATE
TIME
BY
BADGE #
MIAMI-DADE POLICE DEPARTMENT
OFFICE OF THE
METROPOLITAN SHERIFF
COURT SERVICES BUREAU
MIAMI-DADE COUNTY, FLORIDA

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Pigasa, Inc.
c/o Jonathan Lebed, President & Registered Agent
101 20th St., 2707
Miami Beach, Florida 33139-1903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter A, Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**            10/10/07
CLERK OF COURT            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G     Served personally upon the defendant. Place where served: _____

_____

G     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

_____

G     Returned unexecuted: _____

_____

_____

_____

G     Other (*specify*): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                          Signature of Server

                                                                                        _____
                                                                                        Address of Server

---

(1)        As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.