# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 07-22670 CIV SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

Plaintiffs

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New  Defendants
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.



FILED by _____ D.C.
INTAKE
NOV - 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Constance Lebed
26 Sunset Terrace
Cedar Grove, NJ 07009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter E. Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

NOV - 6 2007

CLERK                                                                DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: <u>07-22670 CIV SEITZ/MCALILEY</u>

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

                  Plaintiffs

V.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New   Defendants
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

## SUMMONS IN A CIVIL CASE

FILED by \_\_\_ D.C.
INTAKE

NOV - 6 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

TO: (Name and address of defendant)

    Lebed Biz, L.L.C.
    c/o Jonathan Lebed
    101 20th Street., 2707
    Miami Beach, Florida 33139-1903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Peter E. Berlowe, Esq.
    Peter E. Koziol, Esq.
    Assouline & Berlowe, P.A.
    3250 Mary Street, Suite 308
    Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                               NOV - 6 2007

CLERK                                                                              DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: <u>07-22670 CIV SEITZ/MCALILEY</u>

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

Plaintiffs

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New      Defendants
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

    Mr. Jonathan Lebed
    101 20th Street., 2707
    Miami Beach, Florida 33139-1903

FILED by ___ D.C.
INTAKE
NOV - 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Peter E. Berlowe, Esq.
    Peter E. Koziol, Esq.
    Assouline & Berlowe, P.A.
    3250 Mary Street, Suite 308
    Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within   <u>20</u>   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: Clarence Maddox

DATE: NOV - 6 2007

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-22670 CIV SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

Plaintiffs

V.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New   Defendants
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Pigasa, Inc.
c/o Registered Agent
26 Sunset Terrace
Cedar Grove, NJ 07009



FILED by ___ D.C.
INTAKE
NOV - 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter E. Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                          NOV - 6 2007

CLERK                                                    DATE

(BY) DEPUTY CLERK