# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 07-22670 CIV SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

Plaintiffs

V.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

Defendants

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Constance Lebed
26 Sunset Terrace
Cedar Grove, NJ 07009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter E. Berlowe, Esq.
Peter E. Koziol, Esq.
Assouline & Berlowe, P.A.
3250 Mary Street, Suite 308
Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

NOV - 6 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE — *Constance Lebed*

| Service of the Summons and Complaint was made by me [1] | DATE 11-9-07   9:28 AM |
|---|---|
| NAME OF SERVER (PRINT)   Edward Allen | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 26 Sunset Terr., Cedar Grove, NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (*specify*): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____11-9-07_____
Date

Signature of Server
Edward Allen

Address of Server

EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE  PMB 323
WEST CALDWELL N.J.  07006
(973) 364-1220  FAX (973) 364-1252

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.