# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 07-22670 CIV SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

                    Plaintiffs

V.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New   Defendants
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

    Pigasa, Inc.
    c/o Registered Agent
    26 Sunset Terrace
    Cedar Grove, NJ 07009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Peter E. Berlowe, Esq.
    Peter E. Koziol, Esq.
    Assouline & Berlowe, P.A.
    3250 Mary Street, Suite 308
    Coconut Grove, Florida 33133

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                                               NOV - 6 2007

CLERK                                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE — PICASA INC

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11-9-07  9:28 AM |
| NAME OF SERVER (PRINT) EDWARD ALLEN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: CONSTANCE LEBED, AUTHORIZED AGENT AT 26 SUNSET TERR., CEDAR GROVE, NJ

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-9-07
Date

Signature of Server

EDWARD ALLEN
Address of Server

EXPRESS PROCESS & SUBPOENA COMPANY INC.
759 BLOOMFIELD AVE  PMB 323
WEST CALDWELL N.J. 07006
(973) 364-1220  FAX (973) 364-1252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.