UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident,

        Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident,

        Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Defendants Jonathan Lebed, Lebed Biz, L.L.C., Pigasa Inc., and Constance Lebed, respectfully move the Court to enlarge the time to respond to the complaint, as authorized by Federal Rule of Civil Procedure 6(b), and in support thereof avers as follows.

### A. Introduction

1.     Plaintiffs sued Defendants for (1) copyright infringement, (2) destruction of copyright management information, (3) circumvention of copyright protection systems, (4) federal unfair competition, (5) tortious interference with business relationship, (6) Florida unfair competition, (7) Florida deceptive and unfair trade

1

practices, (8) unauthorized publication of James' name and likeness, (9) misappropriation, and (10) false light in the public eye.

2. Defendants' response to the complaint is due November 30, 2007.

3. Defendants are filing this motion to enlarge time as soon as they became aware of the need for additional time and within the deadline.

4. Defendants have requested from the Plaintiffs a ten (10) day extension to respond to the complaint, and the Plaintiffs have agreed.

## B. Argument

A court may grant a request for an extension of time for "cause shown." Fed. R. Civ. P 6(b).

The court should grant Defendants' request for an extension of time to answer the complaint for the following reasons:

A. The undersigned law firm was retained by the Defendants at the last minute, and the legal issues to be addressed are complex and require additional research that cannot be completed before the deadline.

B. Defendants' request for an extension of time is in good faith and for cause shown, as stated in this motion, not to delay these proceedings. *See* Fed. R. Civ. P. 6(b).

C. Plaintiffs have agreed to provide Defendants with the 10-day extension, and there has been no other activity in the case as of the filing of this motion.

D. The potential impact on the judicial proceedings is not significant. There has been no scheduling order and the Court's calendar has not been otherwise disrupted.

practices, (8) unauthorized publication of James' name and likeness, (9) misappropriation, and (10) false light in the public eye.

2. Defendants' response to the complaint is due November 30, 2007.

3. Defendants are filing this motion to enlarge time as soon as they became aware of the need for additional time and within the deadline.

4. Defendants have requested from the Plaintiffs a ten (10) day extension to respond to the complaint, and the Plaintiffs have agreed.

## B. Argument

A court may grant a request for an extension of time for "cause shown." Fed. R. Civ. P 6(b).

The court should grant Defendants' request for an extension of time to answer the complaint for the following reasons:

A. The undersigned law firm was retained by the Defendants at the last minute, and the legal issues to be addressed are complex and require additional research that cannot be completed before the deadline.

B. Defendants' request for an extension of time is in good faith and for cause shown, as stated in this motion, not to delay these proceedings. *See* Fed. R. Civ. P. 6(b).

C. Plaintiffs have agreed to provide Defendants with the 10-day extension, and there has been no other activity in the case as of the filing of this motion.

D. The potential impact on the judicial proceedings is not significant. There has been no scheduling order and the Court's calendar has not been otherwise disrupted.

WHEREFORE, Defendants move this Court to extend the deadline until December 14, 2007.

        Respectfully submitted,

        Christopher J. Van Dam, P.A.
        12121 NE 16th Ave
        North Miami, FL 33161
        Attorneys for the Defendants
        Voice: 305.446.5200
        Fax: 866.233.2983
        amaurycruz@yahoo.com

        By: s/ Amaury Cruz
            AMAURY CRUZ, ESQ.
            Fla. Bar No. 898244

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 29, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ Amaury Cruz, Esq.

**SERVICE LIST**

CASE NO: 07-22670 CIV-SEITZ/MCALILEY

Peter A. Koziol, Esq.
pak@assoulineberlowe.com
Assouline & Berlowe, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004
Telephone: 954.929.1899
Facsimile: 954.922.6662
Attorneys for Plaintiffs
STOCKWIRE RESEARCH GROUP, INC.
and ADRIAN JAMES