UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

        Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

        Defendants.
_____/

## AFFIDAVIT OF ACCEPTANCE OF SERVICE

    I, Rick Ruz, Esq., hereby accept service of the Summons, and Amended Complaint, on behalf of Defendants Jonathan Lebed, and Lebed Biz, LLC and voluntary waive service of a copy of the forgoing by an officer authorized by law to serve process or by a Court appointed individual. I also agree to respond to the complaint on behalf of the Defendants within 10 days of November 28, 2007.

                                                  Rick Ruz, Esq.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

    BEFORE ME the undersigned authority personally appeared Rick Ruz, who after being duly sworn, deposes and says that he has executed this Affidavit of Acceptance of Service freely and for the purpose contained therein.

                                            NOTARY PUBLIC
                                            Printed Name: AMAURY CRUZ
X Personally known                 My Commission Expires: _____

___ Provided Identification

                                            Amaury Cruz
                                            Commission #DD623261
Type:_____                            Expires: DEC. 18, 2010
                                            www.AaronNotary.com