United States District Court
Southern District of Florida

Case No.: 07-22670 CIV-SEITZ/MCALILEY

Stockwire Research Group, Inc.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

      Plaintiffs,

vs.

Jonathan Lebed, a Florida resident,
Lebed Biz, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey corporation, and Constance Lebed,
a New Jersey resident,

      Defendants.
_____/

### DECLARATION OF CONSTANCE LEBED IN SUPPORT OF HER MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1. My name is Constance Lebed. I am *sui juris* and make this declaration upon my personal knowledge, except for statements made upon information or belief. I could and would competently testify to the following:

2. My address is 26 Sunset Terrace, Cedar Grove, New Jersey, 07009.

3. I am currently and have at all times relevant to this litigation been a resident of the State of New Jersey.

4. I have only been in the State of Florida approximately six times during my life, always exclusively for vacation purposes.

5. I am the mother of Jonathan Lebed, a codefendant in this case.

6. I have never operated, conducted, engaged in, or carried on any business or business venture in the State of Florida.

1

7. I have never had an office or agency in the State of Florida.

8. I have never committed a tortious act within the State of Florida.

9. I have never owed, used, possessed or otherwise held a mortgage or lien on any real property within the State of Florida.

10. I have never contracted to insure any person, property, or risk within the State of Florida.

11. I have never engaged in solicitation or service activities within the State of Florida.

12. I have never been an employee or otherwise conducted business on behalf of Lebed Biz, L.L.C.

13. I have never been an employee or otherwise conducted business on behalf of Pigasa, Inc.

14. My son Jonathan Lebed lived at my home located at 26 Sunset Terrace, Cedar Grove, New Jersey at the time he registered the Lebed.biz domain name.

15. During the registration process of Lebed.biz, my son, Jonathan Lebed, entered my home's address as the registrant address for the Lebed.biz domain name. This was done without my knowledge or permission.

16. Sometime during the month of September 2007, Jonathan Lebed asked to borrow my credit card so that he could pay a bill.

17. I was later informed by the webhosting company, CI Host, a non party in this case, that I was listed as the owner and current contact for my son's website, Lebed.biz.

18. I have never requested to be listed as the owner and/or current contact for the Lebed.biz.

19. I am unaware why CI House ever placed me as owner and contact for the Lebed.biz website.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_12-12-07_
Date

_Constance Lebed_
Constance Lebed