UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

          **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED**,
a New Jersey Resident.

          **Defendants.**
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANTS' UNOPPOSED [SIC] MOTION FOR
ENLARGEMENT OF TIME TO DEVELOP A JOINT SCHEDULING REPORT**

Plaintiffs object to Defendants Jonathan Lebed's, Lebed Biz, L.L.C.'s, Pigasa, Inc.'s, and Constance Lebed's Unopposed [sic] Motion for Enlargement of Time to Develop a Joint Scheduling Report [DN 21] (the "Motion") and as grounds state as follows:

1. Plaintiffs DID NOT AGREE to the "Order on Defendants' Unopposed Motion for Enlargement of Time to Develop a Joint Scheduling report." [DN 21-2] (the "Order").

2. After the Plaintiffs forwarded the November 7, 2007 Order Requiring Joint Scheduling Report [DN 8] to the Counsel for the Defendants, and requested that Counsel for the Defendants schedule a conference under Fed.R.Civ.P 26(f), Defendants suggested to have the 26(f) telephone conference at 3:00pm on December 19, 2007.

1
**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

3. Plaintiffs agreed to the Fed.R.Civ.P 26(f) telephone conference for 3:00pm on December 19, 2007, and prepared a proposed schedule and list of topics to discuss, including issues related to discovery.

4. Counsel for the Defendants were not available when Counsel for Plaintiffs called Counsel for Defendants' office at 3:00pm on December 19, 2007, as previously scheduled.

5. Counsel for Defendants later returned Counsel for Plaintiffs' telephone call, but was not prepared for the 26(f) conference, or to go over <u>any</u> of the other scheduling or discovery issues mandated by the Order Requiring Joint Scheduling Report [DN 8].

6. Counsel for Defendants expressed that they would not be ready to begin preparing the Joint Scheduling Report or discussing discovery until at least after the first week of January.

7. Defendants proposed that the parties have the first conference relating to rule 26(f) and the Scheduling Report on January, 25 2008.

8. Counsel for Defendants expressed that the delay was due to the fact that they were "recently retained" and unable to get the necessary information for the Fed.R.Civ.P 26(a)(1-2) initial disclosures from their clients.

9. Counsel for Plaintiffs expressed at the telephone conference on December 19, 2007 that Plaintiffs would not be opposed to stipulating to an extension for the time to serve Fed.R.Civ.P 26(a)(1-2) initial disclosures in the joint scheduling report or in a motion reviewed by Plaintiffs, **<u>but objected to further delay in preparing the joint scheduling report and case management and discovery plan and objected to meeting for the first time to develop the Joint Scheduling Report on January 25, 2008.</u>**

10. Defendants did not provide Counsel for Plaintiffs with a copy of the Motion or the Order, and Plaintiffs object to the mischaracterization that it was agreed upon.

11. Less than ten minutes after Defendants filed the Motion at or about 5:23pm on December 19, 2007, Counsel for Plaintiffs attempted to call Counsel for Defendants, or any other attorney at Counsel for Defendants' firm, but no one other than the receptionist was available to receive Counsel for Plaintiffs' call.

12. Counsel for Plaintiffs left a message with Counsel for Defendants' receptionist that Plaintiffs objected to the Motion and would be filing a response with the court.

13. Defendants' request is a dilatory tactic which only purpose is for further delay, it is not agreed to by the Plaintiffs, which are ready to proceed forward with discovery and develop a Joint Scheduling Report.

WHEREFORE, Plaintiffs respectfully request that the court deny Defendants' Motion, and such other relief as this Court finds just fair and equitable.

Dated: December 19, 2007            Respectfully submitted,

          **ASSOULINE & BERLOWE, P.A.**
          3250 Mary Street, Suite 308
          Miami, Florida 33133
          Telephone: 305-567-5576
          Facsimile: 305-567-9343
By: *s/Peter A. Koziol*
          Peter E. Berlowe (FBN 143650)
          peb@assoulineberlowe.com
          Peter A. Koziol (FBN 0030446)
          pak@assoulineberlowe.com

          *Attorneys for Plaintiffs*
          *Stockwire Research Group, Inc., and*
          *Adrian James*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day December 19, 2007 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

**CM/ECF**

Amaury Cruz, Esq. (FBN 898244)
amaurycruz@yahoo.com
**Christopher J. Van Dam, P.A.**
12121 NE 16th Ave
North Miami, FL 33161
Voice: 305.446.5200
Fax: 866.233.2983

*Attorneys for the Defendants, Jonathan Lebed, Constance Lebed, Lebed Biz, LLC, and Pigasa, Inc.*

                                             By: *s/Peter A. Koziol*
                                                Peter A. Koziol