UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident,

      Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident,

      Defendants.
_____/

## DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DEVELOP A JOINT SCHEDULING REPORT

Defendants Jonathan Lebed, Lebed Biz, L.L.C., Pigasa Inc., and Constance Lebed, hereby reply to Plaintiff's Response to Defendants' Unopposed Motion for Enlargement of Time to Develop a Joint Scheduling Report.

1. The Plaintiffs had requested a telephone conference on December 19, 2007.

2. Defendants' had been unable to obtain information necessary for preparing the Joint scheduling Report and Rule 26(a)(1)-(2) disclosures as of that date.

1

3. Defendants expressed that they would more prepared to have a conference relating to the filing of the Joint Scheduling Report on the first week of January 2008.

4. Defendants proposed that the parties extend the date in which the Joint scheduling report would be due from January 14, 2008, to January 24, 2008.

5. Plaintiffs aver they objected to meeting for the first time to develop the joint scheduling report on January 24, 2008.

6. Defendants requested that the Joint Scheduling Report be due to the court on January 24, 2008, not that the scheduling conference be held on January 24, 2008.

7. It was also Defendants' understanding that Plaintiffs had agreed to the January 24, 2008, extension to file the Joint Scheduling Report. This was the only reasonable conclusion, because Defendants had expressed to Plaintiffs' counsel that they would not be prepared to have the Rule 26(f) conference until the first week of January 2008, and Rule 26(f)(2) gives the parties "14 days after the conference" to submit the written report to the court.

8. The Defendants are requesting only a 10 day extension, which should not be prejudicial to the Plaintiffs.

WHEREFORE, Defendants move this Court to extend the time to develop a Joint Scheduling Report until January 24, 2008.

Respectfully submitted,

Christopher J. Van Dam, P.A.
12121 NE 16th Ave
North Miami, FL 33161
Attorneys for the Defendants
Voice: 305.446.5200
Fax: 866.233.2983
amaurycruz@yahoo.com

By: s/ Amaury Cruz
     AMAURY CRUZ, ESQ.
     Fla. Bar No. 898244

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Amaury Cruz, Esq.

**SERVICE LIST**

CASE NO: 07-22670 CIV-SEITZ/MCALILEY

Peter A. Koziol, Esq.
pak@assoulineberlowe.com
Assouline & Berlowe, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004
Telephone: 954.929.1899
Facsimile: 954.922.6662
Attorneys for Plaintiffs
STOCKWIRE RESEARCH GROUP, INC.
and ADRIAN JAMES