UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/WHITE

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

      Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

      Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Defendant's Motion for Extension of Time to Develop Joint Scheduling Report [DE-21]. The Court's Order Requiring Joint Scheduling Report issued on November 7, 2007. *See* DE-8. That Order makes the Joint Scheduling Report due on January 14, 2008, over three weeks away. Other than the need for additional time to prepare their initial Rule 26(a) disclosures, which the parties have agreed to, the Court sees no reason to delay the filing of the Joint Scheduling Report and, more importantly, the entry of a scheduling order which Rule 16 directs to be entered as soon as practicable. Therefore, upon review and consideration of the motion, and Plaintiffs' objection thereto, it is hereby

ORDERED that Defendant's Motion for Extension of Time to Develop Joint Scheduling Report [DE-22] is DENIED.

DONE and ORDERED in Miami, Florida this 21st day of December, 2007.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record