UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/WHITE

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

        Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that on **February 7, 2008 at 8:30 a.m.**, Fifth Floor Courtroom, 301 North Miami Ave., the Court will hold a scheduling conference in the above-captioned case. The parties should be prepared to discuss Defendant Constance Lebed's pending Motion to Dismiss for Lack of Personal Jurisdiction [DE-18] as well as Defendants' Motion to Strike [DE-19].

DONE and ORDERED in Miami, Florida this 22nd day of January, 2008.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record