UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident,

   Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident,

   Defendants.
_____/

**MOTION TO WITHDRAW BY AMAURY CRUZ, ESQ. AND
CHRISTOPHER J. VAN DAM, P.A. AS COUNSEL FOR DEFENDANTS
JONATHAN LEBED, LEBED BIZ, L.L.C., PIGASA, INC., AND CONSTANCE LEBED**

Pursuant to S.D. Fla. L. R. 7.1 and 11.1, and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, Amaury Cruz, Esq., and Christopher J. Van Dam P.A., hereby file this motion to withdraw as counsel for the Defendants and, in support thereof, state as follows:

1. The undersigned counsel has attempted to contact Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa for approximately the last thirty (30) days through telephone calls, e-mails, and certified mail. All of these attempts have been to no avail. Counsel has not heard from Mr. Lebed or anyone at Lebed Biz, L.L.C., or Pigasa, Inc.

1

2. Jonathan Lebed has been informed by the undersigned counsel as to the importance and necessity of being available to provide information and other assistance necessary to the defense of all the Defendants in this case.

3. As a result of Jonathan Lebed, Lebed Biz L.L.C., and Pigasa's failure to remain in contact with the undersigned counsel, Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa have failed substantially to fulfill an obligation to the undersigned counsel regarding counsel's services.

4. Defendants have been given reasonable warning that the undersigned counsel will withdraw unless the obligation is fulfilled.

5. Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa's failure to remain in contact with the undersigned counsel has made it impossible for the undersigned counsel to effectively represent **any** of the Defendants.

6. After being given reasonable notice of the Defendants' (Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa) financial obligation to Christopher J. Van Dam P.A., the Defendants (Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa) have failed to fully comply with such obligations, making it impossible for the undersigned counsel to continue to effectively represent the Defendants in this action.

7. The Defendants (Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa) have been past due on the payment of an outstanding balance of attorney's fees incurred in connection with this case and Defendants have failed to remit payment in satisfaction of the outstanding balance. In addition, counsel believes it will be unlikely that the Defendants (Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa) will

CRUZ & ALCOBA, PLLC
1560 LENOX AVENUE, SUITE 207, MIAMI BEACH, FL • TELEPHONE (305) 604-2041 • FACSIMILE (305) 604-2011

meet the substantial anticipated legal fees and costs that will likely be incurred to meaningfully engage in discovery and to try this case. Thus, the continued representation of the Defendants (Jonathan Lebed, Lebed Biz, L.L.C., and Pigasa) will present an unreasonable financial burden upon the undersigned counsel and Christopher J. Van Dam P.A.

8. Jonathan Lebed has informed counsel there is a witness who could testify for all the Defendants in this case.

9. Mr. Lebed has expressed reluctance to reveal the identity of this witness, and the undersigned counsel cannot to reveal the name of this witness because of the attorney-client privilege.

10. Mr. Lebed's refusal to reveal the name of this witness, offering a potential defense to all the Defendants in this case, has created a conflict of interest under Rule 4-1.7(a) (2) of the Rules Regulating the Florida Bar because there is a substantial risk that the representation of Mrs. Lebed will be materially limited by the undersigned counsel's responsibility to keep Mr. Lebed's secrets as required by the attorney-client privilege.

11. The Defendants' have been apprised through telephone calls/messages, certified letters, and e-mails regarding the ramifications of the withdrawal of the undersigned counsel at this time, and the need for the Defendants to take immediate steps to retain successor counsel.

## MEMORANDUM OF LAW

Pursuant to Rule 4-1.16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client if: "(3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client;"

Moreover, a lawyer **shall** not represent a client if: "(2) there is a substantial risk that the representation of 1 or more clients will be materially limited by the lawyer's responsibilities to another client , a former client or a third person or by a personal interest of the lawyer." Rule 4-1.7 (a) (2), Rules of Professional Conduct (emphasis added).

Given the circumstances outlined above, sufficient cause exists to permit the withdrawal of the undersigned counsel as counsel of record for all the Defendants in this case.

## CERTIFICATE OF COUNSEL

After conferring with opposing counsel by telephone and e-mail on January 22, 2008, Peter A. Koziol, Esq. for the Plaintiffs did not inform the undersigned counsel of any potential objections regarding the undersigned counsel and firm's withdrawal from this case. However, Peter A. Koziol, Esq. for the Plaintiffs did oppose the relief sought herein.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order:

a) Granting this Motion;

b) Authorizing Amaury Cruz, and Christopher J. Van Dam, P.A., to withdraw as counsel of record for all the Defendants in this case;

c) Relieving Amaury Cruz and Christopher J. Van Dam, P.A., of any and all further obligation on behalf of all the Defendants in this action;

d) Providing all the Defendants in this action at least twenty (30) days to retain successor counsel before any additional pretrial deadlines are imposed on them;

e) Extending all current deadlines by thirty (30) days; and

f) Directing that all further pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Jonathan Lebed, 49 Ivy Place, Wayne, New Jersey 07470, (Telephone No. (862) 377-1768; e-mail address: lebed316@aol.com) and Constance Lebed, 26 Sunset Terrace, Cedar Grove, NJ 07009, (Telephone No. (201) 321-3976; e-mail address: reconnie925@aol.com) until such time as successor counsel enters an appearance.

Respectfully submitted,

Christopher J. Van Dam, P.A.
12121 NE 16th Ave
North Miami, FL 33161
Attorneys for the Defendants
Voice: 305.446.5200
Fax: 866.233.2983
amaurycruz@yahoo.com


By:   /s Amaury Cruz
        AMAURY CRUZ, ESQ.
        Fla. Bar No. 898244


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Amaury Cruz, Esq.

**SERVICE LIST**

CASE NO: 07-22670 CIV-SEITZ/MCALILEY
Peter A. Koziol, Esq.
pak@assoulineberlowe.com
Assouline & Berlowe, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004
Telephone: 954.929.1899
Facsimile: 954.922.6662
Attorneys for Plaintiffs
Stockwire Research Group, Inc.
and Adrian James

CRUZ & ALCOBA, PLLC
1560 LENOX AVENUE, SUITE 207, MIAMI BEACH, FL • TELEPHONE (305) 604-2041 • FACSIMILE (305) 604-2011