UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/WHITE

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

        Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

        Defendants.
_____/

## ORDER REQUIRING EXPEDITED BRIEFING

THIS MATTER is before the Court on counsel for Defendants' Motion to Withdraw [DE-32].

The motion indicates that Plaintiffs oppose the relief requested. Given that a scheduling conference is set for February 7, 2008, and in an effort to resolve the motion at or before that hearing, it is hereby

ORDERED that Plaintiffs' response to the Motion to Withdraw shall be filed on or before **January 29, 2008** and any reply from Defendants' counsel must be filed no later than **February 1, 2008.**

DONE and ORDERED in Miami, Florida this 23rd day of January, 2008.

                PATRICIA A. SEITZ
                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record