UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident.

                Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident.

                Defendants.

_____/


**REQUEST FOR A RULING ON**
**MOTION TO WITHDRAW AS COUNSEL**

      The undersigned attorneys hereby respectfully request an expedited ruling on

their January 23, 2008, Motion to Withdraw as Counsel.

<u>Argument</u>

      Pursuant to the Court's Order Requiring Expedited Briefing [D.E. 33], Plaintiffs'

response to the Motion to Withdraw was ordered to be filed on or before January 29,

2008. As of January 31, 2008, Plaintiffs have not filed any response to the Motion.

      Additionally, in consideration of the time and expense the undersigned counsel

will have to expend in order to properly prepare for the upcoming February 7, 2008,

scheduling conference, as well as the conflict of interest which prevents the

undersigned counsel from adequately representing any of the Defendants, the

1

undersigned attorneys hereby respectfully request an expedited ruling Granting its

January 23, 2008, Motion to Withdraw as Counsel.



Respectfully submitted,

Christopher J. Van Dam, P.A.
12121 NE 16th Ave
North Miami, FL 33161
Attorneys for the Defendants
Voice: 305.446.5200
Fax: 866.233.2983
amaurycruz@yahoo.com


By: s/ Amaury Cruz_____
AMAURY CRUZ, ESQ.
Fla. Bar No. 898244


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2008, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record or pro-se parties identified in

the attached Service List in the manner specified, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized to receive electronically Notices of Electronic

Filing.


s/ Amaury Cruz, Esq.

<u>**SERVICE LIST**</u>

CASE NO: 07-22670 CIV-SEITZ/MCALILEY
Peter A. Koziol, Esq.
pak@assoulineberlowe.com
Assouline & Berlowe, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004
Telephone:  954.929.1899
Facsimile:  954.922.6662
Attorneys for Plaintiffs
Stockwire Research Group, Inc.
and Adrian James