UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident,

        Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident,

        Defendants.
_____/

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS'
RESPONSE TO MOTION TO WITHDRAW AS COUNSEL**

Defendants move to strike Plaintiffs' Response to Motion to Withdraw as Counsel and in support thereof aver as follows:

    1. On January 23, 2008, this honorable court issued an order requiring expedited briefing on Defendants' Motion to Withdraw as Counsel. DE 33.

    2. This order required Plaintiffs' Response to the Motion to Withdraw to be filed "on or before January 29, 2008."

    3. Plaintiffs failed to comply with the court's order.

    4. On January 31, 2008, Defendants filed a Request for a Ruling on their Motion to Withdraw, based on the Plaintiffs' failure to meet the briefing schedule. DE 34-1.

    5. Only after Defendants filed this Request, on February 1, 2008--three days after the deadline--did Plaintiffs file a Response to the Motion to Withdraw. DE 35.

1

6. Plaintiffs' response is untimely and undermines the reason for the court's order requiring an expedited briefing.

7. Plaintiffs' response offers no explanation for the delay and does not seek leave of court to file the untimely document, in complete disregard of the court's order of January 23, 2008.

WHEREFORE, Defendants ask the court of strike Plaintiffs' Response to the undersigned attorneys' Motion to Withdraw as Counsel and to grant their Motion to Withdraw forthwith.

Respectfully submitted,

Christopher J. Van Dam, P.A.
12121 NE 16th Ave
North Miami, FL 33161
Attorneys for the Defendants
Voice: 305.446.5200
Fax: 866.233.2983
amaurycruz@yahoo.com

By: s/ Amaury Cruz_____
    AMAURY CRUZ, ESQ.
    Fla. Bar No. 898244

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Amaury Cruz, Esq.

**SERVICE LIST**

CASE NO: 07-22670 CIV-SEITZ/MCALILEY

Peter A. Koziol, Esq.
pak@assoulineberlowe.com
Assouline & Berlowe, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004
Telephone: 954.929.1899
Facsimile: 954.922.6662
Attorneys for Plaintiffs
STOCKWIRE RESEARCH GROUP, INC.
and ADRIAN JAMES