UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.
a Florida corporation, and
ADRIAN JAMES, a Texas Resident,

    Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey Corporation, and CONSTANCE LEBED,
a New Jersey Resident,

    Defendants.
_____/

**DEFENDANTS' WITHDRAWAL OF MOTION TO STRIKE PLAINTIFFS'
RESPONSE TO MOTION TO WITHDRAW AS COUNSEL**

  Defendants hereby withdraw their Motion to Strike Plaintiffs' Response to Motion to Withdraw as Counsel.

            Respectfully submitted,

            Christopher J. Van Dam, P.A.
            12121 NE 16th Ave
            North Miami, FL 33161
            Attorneys for the Defendants
            Voice: 305.446.5200
            Fax: 866.233.2983
            amaurycruz@yahoo.com

            By: s/ Amaury Cruz
              AMAURY CRUZ, ESQ.
              Fla. Bar No. 898244

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Amaury Cruz, Esq.

## SERVICE LIST

CASE NO: 07-22670 CIV-SEITZ/MCALILEY

Peter A. Koziol, Esq.
pak@assoulineberlowe.com
Assouline & Berlowe, P.A.
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004
Telephone: 954.929.1899
Facsimile: 954.922.6662
Attorneys for Plaintiffs
STOCKWIRE RESEARCH GROUP, INC.
and ADRIAN JAMES