# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

Case No. 07-22670           Date 2/7/08
Clerk JKO / Janice Ogden    Reporter David Ehrlich
In-Court Time 8:30 - 9:15

Pl. Atty. Peter Koziol

Def. Atty. Amaury Cruz; Chris Van Dam

Style: _____

Reason for Hearing: Scheduling Conf; motion to dismiss for lack of personal juris; motion to withdraw as defense counsel; motion to strike

Results of Hearing: JSR approved; + new scheduling order
Motion to withdraw conditionally granted
Motion to strike denied

Misc.