UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

    Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

    Defendants.
_____/

## ORDER OF INSTRUCTIONS TO *PRO SE* LITIGANT

THIS MATTER is before the Court *sua sponte*. This is to notify Individual Defendants Jonathon and Constance Lebed of certain guidelines as to how *pro se* litigants must proceed in actions before this Court. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore

ORDERED that the *pro se* litigants shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules can be obtained from the Clerk of the Court, and may also be found on the Court's internet website, www.flsd.uscourts.gov under "Local Rules." Failure to comply with the federal and local rules may result in sanctions being imposed against the *pro se* litigant. Some of the requirements of these rules are as follows:

  1.  Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and disregarded by the Court;

  2.  All papers filed must include the case style, case number, and appropriate title in the

format required by the Local Rules. *See Sample Form Following Local Rule 5.1.* The signature block of each pleading must also contain the *pro se* litigant's name, address and telephone number (and facsimile number, if applicable);

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served. If a *pro se* plaintiff cannot serve the complaint on a defendant due to lack of information, the case will be dismissed with respect to that defendant;

4. Litigants must <u>promptly</u> notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution;

5. Motions to Dismiss and Motions for Summary Judgment are dispositive motions which, if granted, could resolve the case in its entirety. A *pro se* litigant who wishes to oppose these motions must respond in writing within the time periods provided by the rules of procedure. Furthermore, a motion to dismiss may be granted by default if the *pro se* litigant fails to respond.

6. Any litigant and his or her family, friends, or acquaintances may not call any Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court;

DONE AND ORDERED in Miami, Florida, this ____ day of February, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record

Defendant Jonathon Lebed
49 Ivy Place, Wayne, New Jersey 07470

Constance Lebed
26 Sunset Terrace, Cedar Grove, NJ 07009.