UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Case No. 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC., a
Florida corporation and ADRIAN JAMES, a Texas
resident,

    Plaintiffs,

v.

JONATHAN LEBED, a Florida resident, LEBED
BIZ, L.L.C., a New Jersey Limited Liability
Company, PIGASA, INC., a New Jersey
Corporation and CONSTANCE LEBED, a New
Jersey resident,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of FOWLER WHITE BURNETT, P.A. hereby files its Notice of Appearance as counsel for Defendant, Constance Lebed, in the above-styled cause, and requests that pleadings and correspondence in this cause be directed to the undersigned attorneys.

Dated: February 12, 2008

Respectfully submitted,

s/Susan H. Aprill
Susan H. Aprill, FBN: 346934
saprill@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel to Defendant Constance Lebed*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Stockwire Research vs. Lebed

CASE NO. 07-22670 CIV-SEITZ/MCALILEY

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Peter E. Berlowe<br>Email:peb@assoulineberlowe.com<br>Assouline & Berlowe, P.A.<br>3250 Mary Street, Suite 308<br>Miami, FL 33133<br>Telephone: (305) 567-5576<br>Facsimile: (305) 567-9343<br>Attorney for Plaintiffs<br>Service via transmission of Notices of<br>Electronic Filing generated by CM/ECF | Peter A. Koziol<br>Email:pak@assoulineberlowe.com<br>Assouline & Berlowe, P.A.<br>3250 Mary Street, Suite 308<br>Miami, FL 33133<br>Telephone: (305) 567-5576<br>Facsimile: (305) 567-9343<br>Attorney for Plaintiffs<br>Service via transmission of Notices of<br>Electronic Filing generated by CM/ECF |