UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

    Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE LEBED,
a New Jersey resident,

    Defendants.
_____/

## DECLARATION OF AMAURY CRUZ, ESQ. PURSUANT TO THIS COURT'S ORDER OF FEBRUARY 7, 2008

1. My name is Amaury Cruz. I am *sui juris* and make this declaration upon my personal knowledge.

2. I am one of the attorneys of record in the above styled case.

3. This affidavit is being made as pursuant ¶ 7 of this Court's Order on February 7, 2008, Scheduling and Motion Hearing [DE-42].

4. I certify that on February 14, 2008, a copy of the Order of Instructions to *Pro Se* Litigants and Order on February 7, 2008, Scheduling and Motion Hearing was sent to Jonathan Lebed, Pigasa, Inc., and Lebed Biz, L.L.C via both U.S. mail certified return receipt and Federal Express to 26 Sunset Terrace,Cedar Grove, New Jersey, 07009.

5. I certify that on February 12, 2008, a copy of the Order of Instructions to *Pro Se* Litigants and Order on February 7, 2008, Scheduling and Motion Hearing was sent

1

to Constance Lebed's new counsel, via e-mail and U.S. mail. The correspondence was addressed to Susan H. Aprill, 1395 Brickell Avenue, 14th floor, Miami, Florida 33131-3302.

| | |
|---|---|
| ___02/14/2008_____<br>Date | __/s Amaury Cruz_____<br>Amaury Cruz, Esq. |