UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

          Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE LEBED,
a New Jersey resident,

          Defendants.

_____/

### SECOND DECLARATION OF AMAURY CRUZ, ESQ. PURSUANT TO THIS COURT'S ORDER OF FEBRUARY 7, 2008

1. My name is Amaury Cruz. I am *sui juris* and make this declaration upon my personal knowledge.

2. I am one of the attorneys of record in the above styled case.

3. This affidavit is being made pursuant ¶ 7 of this Court's Order on February 7, 2008, Scheduling and Motion Hearing [DE-42].

4. On February 14, 2008, I filed an affidavit pursuant to ¶ 7 of this Court's Order on February 7, 2008, Scheduling and Motion Hearing [DE-44].

5. I certify that the affidavit which I submitted on February 14, 2008, contained a typographical error in ¶ 4 regarding the address wherein the documents were sent to Jonathan Lebed, Pigasa, Inc., and Lebed Biz, L.L.C.

6. I certify that on February 14, 2008, a copy of the Order of Instructions to *Pro Se* Litigants and Order on February 7, 2008, Scheduling and Motion Hearing were

1

actually sent to Jonathan Lebed, Pigasa, Inc., and Lebed Biz, L.L.C via both U.S.

mail certified return receipt and Federal Express to 49 Ivy Place, Wayne, New

Jersey, 07470.  *See* Exhibit A


_____02/21/2008_____        ___/s Amaury Cruz_____
Date                                  Amaury Cruz, Esq.

# Exhibit A

**FedEx** Express · **US Airbill**

Tracking Number: 8635 8798 6230

0200 · Sender's Copy

**1 From**

Date: 2-14

Sender's Name: Amauri Cruz · Phone (305) 604-2051

Company: CRUZ & Alcoba, PLLC

Address: 1560 Lenox Ave #707

City: Miami Beach · State: FL · ZIP: 33139

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: John Lebed · Phone ( )

Company:

Recipient's Address: 49 Ivy Place

City: Wayne · State: NJ · ZIP: 07470

**4a Express Package Service**
FedEx Express Saver (checked)

**7 Payment**
Credit Card (checked)

**8 Residential Delivery Signature Options**
Direct Signature (checked)

520

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.