UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22670-CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC., et al.,
        Plaintiff,
vs.

JONATHAN LEBED, et al.,
        Defendant.
_____/

## AMENDED ORDER SETTING TRIAL DATE AND
## PRETRIAL CONFERENCE

This matter came before the Court *sua sponte*. Due to clerical error, the trial, calendar call

and pretrial conference were set on incorrect dates. Therefore, it is

ORDERED as follows:

1.    **Trial Date and Calendar Call**. This case is set for jury trial on the Court's two-

week trial period commencing **February 2, 2009**, before the undersigned United States District

Judge. Calendar Call shall be held on **January 28, 2009, at 1:15 p.m.** The case shall be assigned

to the standard case management track.

2.    **Pretrial Conference**. A Pretrial Conference shall be held on **January 12, 2009**, at

**9:00 a.m.**

3.    All other deadline dates in the previous Order Setting Trial shall remain in effect.

DONE AND ORDERED in Miami, Florida, this 28th day of February, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    The Honorable Chris M. McAliley
       Counsel of Record