UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/McAliley

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

        Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' REQUEST TO CONDUCT DISCOVERY

THIS CAUSE is before the Court on Defendant Constance Lebed's Motion To Dismiss For Lack Of Personal Jurisdiction [DE-18]. In considering the Parties' papers, as well as the February 7, 2008 oral argument, the Court finds the issue of personal jurisdiction over Mrs. Lebed to be a close one. Given Plaintiffs' oral request to conduct discovery with regard to the instant Motion, it is hereby

ORDERED THAT

(1) The Parties may conduct discovery, for the purposes of clarifying Constance Lebed's contacts with the underlying dispute and the State of Florida, until **May 5, 2008**;

(2) The Parties shall submit any relevant evidence bearing on the instant Motion, no later than **May 5, 2008.**

DONE and ORDERED in Miami, Florida this 6th day of March, 2008.

                      PATRICIA A. SEITZ
                      UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record

*Pro se* Defendant Jonathan Lebed
49 Ivy Place, Wayne, New Jersey 07470