# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

                   **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED**,
a New Jersey Resident.

                   **Defendants.**
_____/

## NOTICE OF REQUEST FOR ASSIGNMENT OF MEDIATOR

Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel and pursuant to this Court's Order dated February 26, 2008 [DN 47], hereby file this Notice of Request for Assignment of Mediator and advise that the parties have been unable to agree to a mediator in this case and therefore request that the Clerk assign the next available Mediator to hear this matter before the Court.

Dated: March 12, 2008                        Respectfully submitted,

                                       **ASSOULINE & BERLOWE, P.A.**
                                       3250 Mary Street, Suite 308
                                       Miami, Florida 33133
                                       Telephone: 305-567-5576
                                       Facsimile: 305-567-9343
               By:   s/Peter A. Koziol
                          Peter E. Berlowe (FBN 143650)
                          peb@assoulineberlowe.com
                          Peter A. Koziol (FBN 0030446)
                          pak@assoulineberlowe.com

                          *Attorneys for Plaintiffs*
                          *Stockwire Research Group, Inc., and*
                          *Adrian James*

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

*Stockwire Research Group, Inc. v. Lebed, et. al.*
Case No.: 07-22670 CIV-SEITZ/MCALILEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day March 12, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

| **U.S. Mail** | **CM/ECF** |
|---|---|
| **Defendant Jonathan Lebed**<br>lebed316@aol.com<br>49 Ivy Place<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | SUSAN H. APRILL, ESQ. (FBN: 346934)<br>saprill@fowler-white.com<br><br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131-3302<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201 |
| **Defendant Lebed Biz, LLC**<br>c/o Jonathan Lebed<br>49 Ivy Place,<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | *Attorneys for the Defendant Constance Lebed* |
| **Defendant Pigasa, Inc.**<br>c/o Jonathan Lebed, Registered Agent<br>26 Sunset Terrace<br>Cedar Grove, NJ 07009<br>Telephone No.: (201) 321-3976 | |

By: _____*s/Peter A. Koziol*_____
      Peter A. Koziol