UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22670-CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation and ADRIAN JAMES,
a Texas resident,

      Plaintiffs,

v.

JONATHAN LEBED, a Florida resident
LEBED BIZ, L.L.C., a New Jersey Limited
Liability Company, PIGASA, INC., a
New Jersey Corporation and CONSTANCE
LEBED, a New Jersey resident,

      Defendants.
_____/

## ORDER GRANTING IN PART DEFENDANT
## CONSTANCE LEBED'S MOTION TO QUASH SUBPOENAS

Pending before the Court is Defendant Constance Lebed's Motion to Quash Subpoenas Duces Tecum on Non-Parties and to Impose Sanctions of Plaintiffs. [DE 51]. This matter was referred to the undersigned by the Honorable Patricia A. Seitz. [DE 46]. The time for Plaintiffs to respond to the Motion has not expired, but given the return date for the subpoenas (March 27, 2008), the requirement that this matter be addressed at a regularly scheduled discovery calendar, and the reassignment of Magistrate Judges that will occur next week, this Court is taking this preliminary action on this Motion.

In her Motion, Defendant asks this Court to quash seven subpoenas duces tecum Plaintiffs have issued that primarily seek Defendant's personal financial information. [DE 51, p. 1]. According to Defendant, Plaintiffs first issued the subpoenas without giving her proper notice, as required by Federal Rule of Civil Procedure 45. [*Id.*, p. 7]. After Defendant objected to the issuance of the subpoenas, Plaintiffs reissued them but delayed giving Defendant notice of the reissuance. Plaintiffs advise that they have already received documents in response to two of the subpoenas. [*Id.*, pp. 6, 8]. Defendant objects to the scope of the subpoenas, asserting the document requests are overbroad, vague and demand documents that are largely irrelevant or premature and unreasonably invade her privacy. [*Id.*, pp. 10-11].

Based on the foregoing, the Court **ORDERS** that:

1. Defendant Constance Lebed's Motion to Quash Subpoenas Duces Tecum on Non-Parties and to Impose Sanctions of Plaintiffs [DE 51] is **GRANTED IN PART** without prejudice. **Plaintiffs' subpoenas to America Online, Inc., American Express, Discover Financial Services, Constant Contact, Inc., TD Ameritrade, Inc., E Trade Brokerage Services, and Abacus America are hereby null and void. Plaintiffs shall immediately serve a copy of this Order on each of these third parties, and those third parties who have not already responded to their subpoena shall not do so.**

2. If Plaintiffs' counsel has already received documents from any of these third parties in response to the subpoenas duces tecum that are the subject of this Motion,

2

Plaintiffs' counsel will immediately seal and set aside that information, and not view or make any further use of it, absent further order of this Court.

3. Pursuant to Administrative Order 2007-68, Magistrate Judge John O'Sullivan will be paired with the Honorable Patricia A. Seitz as of April 1, 2008. Judge O'Sullivan, like the undersigned Judge, adheres to a discovery calender system, whereby parties may not file discovery motions, but must notice discovery disputes for the Court's regularly-scheduled discovery calendar. The Defendant, in filing her motion to compel, did not follow these procedures, which were issued in Attachment A to the Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate. [DE 46]. Given the urgency of Defendant's motion to quash, this Court has waived these procedural requirements in this instance. This Order is entered without prejudice to parties' right to bring this matter before Judge O'Sullivan pursuant to his discovery calendar procedures.

4. Defendant's request for sanctions is **DENIED** without prejudice. [DE 51].

DONE AND ORDERED in chambers in Miami, Florida this 24th day of March, 2008.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

copies to:
The Honorable Patricia A. Seitz
The Honorable John O'Sullivan
All counsel of record

3