**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

          **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED,**
a New Jersey Resident.

          **Defendants.**
_____/

**NOTICE OF HEARING**
**(20 Minutes—Discovery Calendar)**

      **PLEASE TAKE NOTICE** that the undersigned will call up for hearing before the **Honorable Magistrate Judge John J. O'Sullivan,** in the United States District Court, Southern District of Florida, U.S. Courthouse, **300 N.E. 1st Avenue, South Courtroom, Room 203, Miami, Florida 33132,** on **Thursday, May 1, 2007, at 10:00 a.m.,** the first time that Defendants counsel has advised that it would be available,[1] or as soon thereafter as counsel may be heard on, the **Plaintiffs' Motion to Compel Discovery From Defendant Constance Lebed**.

**THE SUBSTANCE OF THE DISCOVERY MATTER TO BE HEARD**

    1.    Seven subpoenas subject to Defendant Constant Lebed's Motion to Quash that was granted without prejudice [DE 52], and issued with <u>REPEATED NOTICE</u> to Defendants and <u>served in accordance with Fed. R. Civ. P. Rule 5</u>:

| **Subpoena to** | **Served on** | **Response Originally Due** |
|---|---|---|
| Abacus America, Inc. | March 14, 2008 | March 28, 2008 |
| American Express Company | March 14, 2008 | March 28, 2008 |

---

[1] Plaintiffs' Counsel would be available on four hours notice if the Court's calendar should clear itself.

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

| | | |
|---|---|---|
| America Online, Inc. | March 14, 2008 | March 28, 2008 |
| Constant Contact, Inc. | March 14, 2008 | March 28, 2008 |
| Discover Financial Services, Inc. | March 14, 2008 | March 28, 2008 |
| E*Trade Brokerage Services, Inc. | March 14, 2008 | March 28, 2008 |
| T D Ameritrade, Inc. | March 14, 2008 | March 28, 2008 |

2. The un-sequestering of documents received by Plaintiffs in response to Plaintiffs' subpoenas to T D Ameritrade, Inc. and Abacus America, Inc.

3. The Defendant Constance Lebed's objections to the following document requests:

| **Document Requested** | **Response Due** | **First Objection Served** |
|---|---|---|
| Plaintiffs First Set of Requests for Production To Defendants | February 3, 2008 | March 7, 2008 |
| Plaintiffs Second Set of Requests for Production To Defendants | February 4, 2008 | February 29, 2008 |

4. Plaintiffs' proposed protective order.

PLEASE GOVERN YOURSELF ACCORDINGLY.

**Dated: March 25, 2008**    Respectfully submitted,

      **ASSOULINE & BERLOWE, P.A.**
      3250 Mary Street, Suite 308
      Miami, Florida 33133
      Telephone: 305-567-5576
      Facsimile: 305-567-9343

      By: s/Peter A. Koziol
      Peter E. Berlowe (FBN 143650)
      peb@assoulineberlowe.com
      Peter A. Koziol (FBN 0030446)
      pak@assoulineberlowe.com

      *Attorneys for Plaintiffs*
      *Stockwire Research Group, Inc., and Adrian James*

## CERTIFICATE OF GOOD FAITH

**WE HEREBY CERTIFY** that a good faith effort has been made by counsel for the Plaintiffs, prior to the filing the notice of hearing on this motion, as to all the issues set forth in the above referenced notice and to all issues wherein judicial intervention is now sought, but such effort was unsuccessful.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day March 25, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

| **U.S. Mail** | **CMF/ECF** |
|---|---|
| **Defendant Jonathan Lebed**<br>lebed316@aol.com<br>49 Ivy Place<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | SUSAN H. APRILL, ESQ. (FBN: 346934)<br>saprill@fowler-white.com<br><br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131-3302<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201 |
| **Defendant Lebed Biz, LLC**<br>c/o Jonathan Lebed<br>49 Ivy Place,<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | *Attorneys for the Defendant Constance Lebed* |
| **Defendant Pigasa, Inc.**<br>c/o Jonathan Lebed, Registered Agent<br>26 Sunset Terrace<br>Cedar Grove, NJ 07009<br>Telephone No.: (201) 321-3976 | |

By: s/Peter A. Koziol_____
      Peter A. Koziol