## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
**a Florida corporation, and**
**ADRIAN JAMES, a Texas Resident.**

      **Plaintiffs,**

vs.

**JONATHAN LEBED, a Florida resident,**
**LEBED BIZ, L.L.C., a New Jersey Limited**
**Liability Company, PIGASA, INC., a New**
**Jersey Corporation, and CONSTANCE LEBED,**
**a New Jersey Resident.**

      **Defendants.**
_____/

### NOTICE OF DEFENDANT CONSTANCE LEBED'S
### WITHDRAW OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

  Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel hereby file this Notice that on **March 7, 2008**, Defendant Constance Lebed, by and through her counsel, Susan H. Aprill, Esq. in letter addressed to counsel for Plaintiffs dated March 7, 2008 withdrew Defendant Constance Lebed's Motion to Dismiss for Lack of Personal Jurisdiction [DE 18-1]. Counsel for Defendant Constance Lebed, reiterated **Ms. Lebed's withdraw of the alleged Defense of Lack of Personal Jurisdiction [DE 18-1]** in footnote in her Motion To Quash Subpoenas Duces Tecum On Non-Parties And To Impose Sanctions On Plaintiffs And Supporting Memorandum Of Law. [DE 51] (Mar. 20, 2008) at 2 fn 1, and in multiple other communications with counsel for Plaintiffs.

      [Signature page follows]

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dated: March 26, 2008	Respectfully submitted,

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308
Miami, Florida 33133
Telephone: 305-567-5576
Facsimile: 305-567-9343

By:   s/Peter A. Koziol
Peter E. Berlowe (FBN 143650)
peb@assoulineberlowe.com
Peter A. Koziol (FBN 0030446)
pak@assoulineberlowe.com

*Attorneys for Plaintiffs*
*Stockwire Research Group, Inc., and*
*Adrian James*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day March 26, 2008 on all counsel or parties of record on the service list indicated below:

**SERVICE LIST**

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

| U.S. Mail | CM/ECF |
|---|---|
| **Defendant Jonathan Lebed**<br>lebed316@aol.com<br>49 Ivy Place<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | SUSAN H. APRILL, ESQ.  (FBN: 346934)<br>saprill@fowler-white.com<br><br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue |
| **Defendant Lebed Biz, LLC**<br>c/o Jonathan Lebed<br>49 Ivy Place,<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | Miami, Florida 33131-3302<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br><br>*Attorneys for the Defendant*<br>*Constance Lebed* |
| **Defendant Pigasa, Inc.**<br>c/o Jonathan Lebed, Registered Agent<br>26 Sunset Terrace<br>Cedar Grove, NJ 07009<br>Telephone No.: (201) 321-3976 | |

By:   *s/Peter A. Koziol*
         Peter A. Koziol