UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
**a Florida corporation, and**
**ADRIAN JAMES, a Texas Resident.**

       **Plaintiffs,**

vs.

**JONATHAN LEBED, a Florida resident,**
**LEBED BIZ, L.L.C., a New Jersey Limited**
**Liability Company, PIGASA, INC., a New**
**Jersey Corporation, and CONSTANCE LEBED,**
**a New Jersey Resident.**

       **Defendants.**
_____/

## NOTICE OF CORRECTION

    Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel hereby file this Notice of Correction of a scrivener's error in the Amended Complaint [DE 3] at 29 in the heading for Count X, wherein the words "all Defendants" was intended to be "Defendants Mr. Lebed, Lebed Biz, and Lebed, LLC." Said correction is consistent with the clear allegations and relief sought under Count X, for False Light in the Public Eye which does not currently seek relief against Constance Lebed.[1]  No claim was intended to be made by James against Constance Lebed for casting James in a False Light in the Public Eye at the time of filing the Amended Complaint [DE 3]. Plaintiffs reserve the right to seek leave to amend the active pleading to include Ms. Lebed and/or any other parties at a later time.

[Signature page follows]

---

[1] According to canons of construction, headings may help resolve ambiguity, but are not to be used to create an ambiguity when the body is clear.  *See e.g. Bautista v. Star Cruises*, 396 F.3d 1289, 1298 fn. 12 (11th Cir. 2005).

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

| | |
|---|---|
| Dated: March 27, 2008 | Respectfully submitted, |

        **ASSOULINE & BERLOWE, P.A.**
        3250 Mary Street, Suite 308
        Miami, Florida 33133
        Telephone: 305-567-5576
        Facsimile: 305-567-9343
By:   s/Peter A. Koziol
        Peter E. Berlowe (FBN 143650)
        peb@assoulineberlowe.com
        Peter A. Koziol (FBN 0030446)
        pak@assoulineberlowe.com

        *Attorneys for Plaintiffs*
        *Stockwire Research Group, Inc., and*
        *Adrian James*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day March 27, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

| U.S. Mail | CM/ECF |
|---|---|
| **Defendant Jonathan Lebed**<br>lebed316@aol.com<br>49 Ivy Place<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | SUSAN H. APRILL, ESQ. (FBN: 346934)<br>saprill@fowler-white.com<br><br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue |
| **Defendant Lebed Biz, LLC**<br>c/o Jonathan Lebed<br>49 Ivy Place,<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | Miami, Florida 33131-3302<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br><br>*Attorneys for the Defendant*<br>*Constance Lebed* |
| **Defendant Pigasa, Inc.**<br>c/o Jonathan Lebed, Registered Agent<br>26 Sunset Terrace<br>Cedar Grove, NJ 07009<br>Telephone No.: (201) 321-3976 | |

By: *s/Peter A. Koziol*
      Peter A. Koziol

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343