UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/WHITE

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

    Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

    Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS AND GRANTING LEAVE TO FILE RESPONSE

THIS CAUSE is before the Court on Defendant Constance Lebed's Motion For Leave to Submit Response to Amended Complaint and Notice Of Withdrawal Of Her Motion to Dismiss For Lack of Personal Jurisdiction [DE-56]. Having reviewed the Motion, it is hereby

ORDERED THAT

(1) Defendant Constance Lebed's Motion to Dismiss for Lack of Personal Jurisdiction [DE-18] is DENIED AS MOOT; and

(2) Defendant Constance Lebed's Motion For Leave to Submit Response to Amended Complaint [DE-56] is GRANTED, and Constance Lebed shall file a response to the Amended Complaint no later than **April 7, 2008.**

DONE and ORDERED in Miami, Florida this 31st day of March, 2008.

            PATRICIA A. SEITZ
            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record