## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
**a Florida corporation, and**
**ADRIAN JAMES, a Texas Resident,**

                  **Plaintiffs,**

vs.

**JONATHAN LEBED, a Florida resident,**
**LEBED BIZ, L.L.C., a New Jersey Limited**
**Liability Company, PIGASA, INC., a New**
**Jersey Corporation, and CONSTANCE LEBED,**
**a New Jersey Resident,**

                  **Defendants.**
_____/

### PLAINTIFF STOCKWIRE RESEARCH GROUP INC.'S NOTICE OF FILING DOCUMENTS RELATING TO HEARING ON PLAINTIFF STOCKWIRE RESEARCH GROUP, INC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT CONSTANCE LEBED

**PLEASE TAKE NOTICE** that Stockwire herby files documents in support of the hearing set before the **Honorable Magistrate Judge John J. O'Sullivan,** in the United States District Court, Southern District of Florida, U.S. Courthouse, **300 N.E. 1st Avenue, South Courtroom, Room 203, Miami, Florida 33132,** on **Thursday, May 1, 2007, at 10:00 a.m.,** on, the **Plaintiff Stockwire Research Group, Inc.'s Motion to Compel Discovery From Defendant Constance Lebed**. **Attached hereto are:**

        Exhibit A: Plaintiffs' proposed, but not agreed upon, Joint Protective Order, offered continuously by Plaintiffs since March 6, 2008 to Defendants.

        Composite Exhibit B: Portions of Stockwire Research Group, Inc.'s First and Second Sets of Requests for Production currently at issue.

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

Exhibit C: Defendant Constance Lebed's Objections to Plaintiffs' First Set of Requests for Production, with the corresponding objections currently at issue highlighted.

Exhibit D: Defendant Constance Lebed's Objections to Plaintiffs' Second Set of Requests for Production, with the corresponding objections currently at issue highlighted.

**Dated: April 25, 2008**                     Respectfully submitted,

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308
Miami, Florida 33133
Telephone: 305-567-5576
Facsimile: 305-567-9343

By: s/Peter A. Koziol
Peter E. Berlowe (FBN 143650)
peb@assoulineberlowe.com
Peter A. Koziol (FBN 0030446)
pak@assoulineberlowe.com

*Attorneys for Plaintiffs*
*Stockwire Research Group, Inc., and*
*Adrian James*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day April 25, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

### CMF/ECF

SUSAN H. APRILL, ESQ. (FBN: 346934)
saprill@fowler-white.com

Fowler White Burnett, P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*Attorneys for the Defendant*
*Constance Lebed*

By: s/Peter A. Koziol_____
     Peter A. Koziol