UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/O'SULLIVAN

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and ADRIAN
JAMES, a Texas resident,

              Plaintiffs,

vs.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey Limited
Liability Company, PIGASA, INC., a
New Jersey Corporation, and
CONSTANCE LEBED, a New Jersey
resident,

              Defendants.
_____/

## ORDER

THIS MATTER is before the Court on an informal discovery conference on May 1, 2008. Having heard from the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the subpoena issued to America Online, Inc. is enforced for documents from 2003 to the date of the subpoena as to all email accounts except reconnie@aol.com. It is further

ORDERED AND ADJUDGED that the subpoenas issued to American Express, Discover Financial Services, Inc., Abacus America, Inc., Constant Contact, Inc., TD Ameritrade, Inc. and E*Trade Brokerage Services, Inc. are enforced for all records from 2003 to the date of the subpoenas. It is further

ORDERED AND ADJUDGED that with respect to request no. 15 in the Plaintiffs' First Set of Requests for Production to Defendant, the plaintiffs shall provide defendant Constance Lebed with specific information as to the documents they believe are in Ms.

Lebed's control. Documents in the possession of Ms. Lebed's attorneys, accountants, employees or other agents are within Ms. Lebed's control. Ms. Lebed shall provide documents responsive to request no. 15 by **Friday, May 9, 2008**. It is further

ORDERED AND ADJUDGED that with respect to request no. 16 in the Plaintiffs' First Set of Requests for Production to Defendant, Ms. Lebed shall review documents from September 1, 2002 to the present and if she has any documents reflecting either payments or loans to or from any of the defendants she shall produce these documents by **Friday, May 9, 2008**. It is further

ORDERED AND ADJUDGED that with respect to the Plaintiffs' Second Set of Requests for Production to Defendant, Ms. Lebed shall provide documents responsive to requests no. 3-6, from 2003 to the present by **Friday, May 9, 2008**. It is further

ORDERED AND ADJUDGED that with respect to the documents that are in computer code produced by the plaintiffs in their initial disclosures, the plaintiffs shall provide a letter to the defendant by **Friday, May 9, 2008**, explaining how these particular documents (identified by page number) support the plaintiffs' claims. It is further

ORDERED AND ADJUDGED that the parties shall submit an agreed protective order for the Court's approval by **Monday, May 5, 2008**. The agreed protective order shall be in WordPerfect format and submitted to the Court's CM/ECF email account, O'Sullivan@flsd.uscourts.gov.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **1st** day of May, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Seitz
All counsel of record