UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL MINUTES/CALENDAR

Judge: **John O'Sullivan**  Courtroom: SOUTH

Case No: 07-22670-CIV-SEITZ  Date: 5/1/08

Time: 10:00  ☑ a.m. ☐ p.m.   End: 11:15  ☑ a.m. ☐ p.m.

Clerk: Marilyn Carter  Tape: 08A-31-2810 & 32-1

Court Reporter: _____

Case Title: STOCKWIRE RESEARCH GROUP, INC., et al. v. LEBED, et al.

P. Attorney(s):
ERIC ASSOULINE
PETER KOZIOL

D. Attorney(s):
SUSAN APRILL
JOHN GRAHAM

Reason for Hearing:
INFORMAL DISCOVERY CONFERENCE

Result of Hearing:
DISCOVERY CONFERENCE HELD; ORDER TO FOLLOW.

Case continued to: _____  Time: _____

For: _____

Misc.: _____