UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
**a Florida corporation, and**
**ADRIAN JAMES, a Texas Resident,**

           **Plaintiffs,**

vs.

**JONATHAN LEBED, a Florida resident,**
**LEBED BIZ, L.L.C., a New Jersey Limited**
**Liability Company, PIGASA, INC., a New**
**Jersey Corporation, and CONSTANCE LEBED,**
**a New Jersey Resident,**

           **Defendants.**
_____/

### NOTICE OF SCHEDULING MEDIATION AS TO PARTIES NOT IN DEFAULT AND WITHDRAW OF REQUEST FOR ASSIGNMENT OF MEDIATOR

**PLEASE TAKE NOTICE** that in accordance with the agreement of the parties,[1] Stockwire Research Group, Inc., Adrian James, and Constance Lebed, a mediation conference in this cause has been scheduled as follows:

    **MEDIATOR:**    Robert Dulberg, Esq.
    **DATE:**    **June 5, 2008**
    **TIME:**    1:00 p.m.
    **PLACE**:    Assouline & Berlowe, P.A.
        213 East Sheridan Street, Suite 3
        Dania Beach, FL 33004

**PLEASE TAKE FURTHER NOTICE** The Notice of Request for Assignment of Mediator [DE 50] previously filed in this matter is hereby withdrawn.

---

[1] Counsel for the Plaintiffs has attempted to contact Defendants Jonathan Lebed, Pigasa, Inc., and Lebed Biz, LLC to schedule this mediation, but Jonathan Lebed, Pigasa, Inc. and Lebed Biz, LLC continue to refuse to communicate with counsel for the Plaintiffs. Those Defendants are the subject of Plaintiffs Stockwire Research Group, Inc.'s, and Adrian James' Motion for Final Default Judgment against Defendants Jonathan Lebed, Pigasa, Inc., and Lebed Biz, LCC, which was filed and served upon each of them on March 25, 2008 [DE 53].

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: (305) 567-5576 • Facsimile: (305) 567-9343

Dockets.Justia.com

**Dated: May 12, 2008**  Respectfully submitted,

                           **ASSOULINE & BERLOWE, P.A.**
                           3250 Mary Street, Suite 308
                           Miami, Florida 33133
                           Telephone: 305-567-5576
                           Facsimile: 305-567-9343
          By:   s/Peter A. Koziol
                           Peter E. Berlowe (FBN 143650)
                           peb@assoulineberlowe.com
                           Peter A. Koziol (FBN 0030446)
                           pak@assoulineberlowe.com

                           *Attorneys for Plaintiffs*
                           *Stockwire Research Group, Inc., and*
                           *Adrian James*

S:\WDOX\FIRM\00085\0005\00024308.DOC

- 2 -

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: (305) 567-5576 • Facsimile: (305) 567-9343

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day May 12, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

| **U.S. Mail** | **CM/ECF** |
|---|---|
| **Defendant Jonathan Lebed** | SUSAN H. APRILL, ESQ. (FBN: 346934) |
| lebed316@aol.com | saprill@fowler-white.com |
| 49 Ivy Place | |
| Wayne, New Jersey 07470 | Fowler White Burnett, P.A. |
| Telephone No.: (862) 377-1768 | Espirito Santo Plaza, 14th Floor |
| | 1395 Brickell Avenue |
| **Defendant Lebed Biz, LLC** | Miami, Florida 33131-3302 |
| c/o Jonathan Lebed | Telephone: (305) 789-9200 |
| 49 Ivy Place, | Facsimile: (305) 789-9201 |
| Wayne, New Jersey 07470 | |
| Telephone No.: (862) 377-1768 | *Attorneys for the Defendant Constance Lebed* |
| **Defendant Pigasa, Inc.** | |
| c/o Jonathan Lebed, Registered Agent | |
| 26 Sunset Terrace | |
| Cedar Grove, NJ 07009 | |
| Telephone No.: (201) 321-3976 | |

By: s/Peter A. Koziol
    Peter A. Koziol

S:\WDOX\FIRM\00085\0005\00024308.DOC

- 3 -

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: (305) 567-5576 • Facsimile: (305) 567-9343