UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH GROUP, INC., et al.,

 Plaintiff(s),

vs

JONATHAN LEBED, et al.,

 Defendant(s),
_____/

**RE-NOTICE OF MEDIATION CONFERENCE**
(Change of Time and Mediator)

**NOTICE IS HEREBY GIVEN** that a mediation conference in the above styled cause will take place at the time, date and place below:

DATE: June 5, 2008 PLACE: 213 East Sheridan Street
 Suite 3
TIME: 11:00 AM Dania Beach, FL 33004

MEDIATOR: Murray H. Dubbin

The client or a representative of the client with full authority to settle, other than counsel should be present. If insurance is involved, a representative of the insurance company shall be present with full authority to settle for up to the policy limits or the plaintiff's last demand, whichever is less.

 **A total of 3 hours has been set aside for this mediation. If more time is anticipated, please notify the mediator's office immediately.** *A cancellation fee will be charged, as set forth in the attached Mediation Engagement Agreement if the mediation is canceled less than five (5) business days prior to the scheduled conference date.* **Do not assume that the other side has notified us of a change or cancellation. Please call, fax or e-mail our office.**

 All parties acknowledge that the mediation conference constitutes a privileged and confidential communication between those present at the mediation conference as set forth in Chapter 44, Florida Statutes. All parties further acknowledge that the mediator is a neutral and may not act as an advocate for any party.

 Respectfully Submitted:

 _____
 Salmon & Dulberg Dispute Resolution
 Biscayne Building, Suite 511
 19 West Flagler Street
 Miami, Florida 33130
 Phone: 305-371-5490
 Fax: 305-371-5492

Copies to all Counsel via Fax
Peter E. Berlowe, Esq.
Susan Aprill, Esq.
Jonathan Lebed
Date: 6/2/08