SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-22670 CIV-SEITZ/MCALILEY

STOCKWIRE RESEARCH
GROUP, INC., et al.,

    Plaintiff(s),

vs

JONATHAN LEBED, et al.,

    Defendant(s).
_____/

## MEDIATION REPORT

The undersigned, Murray H. Dubbin, Certified Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to the Court that a mediation conference in this cause was held on: June 5, 2008. The results of the mediation conference are as follows:

___ All required parties were present or

___ The following required parties were not present: JONATHAN LEBED

✓ An agreement was reached. ~~Settlement Agreement Attached.~~ BETWEEN PLAINTIFFS AND CONSTANCE LEBED

___ A confidential settlement agreement was reached.

___ No agreement was reached. Impasse

___ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___ The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____ the Court shall presume that an Impasse has occurred.

___ Other: _____

Respectfully Submitted:

_Murray H. Dubbin_
Murray H. Dubbin
Salmon & Dulberg Dispute Resolution
Biscayne Building, Suite 511
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel