UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

**STOCKWIRE RESEARCH GROUP, INC.**
**a Florida corporation, and**
**ADRIAN JAMES, a Texas Resident.**

      **Plaintiffs,**

vs.

**JONATHAN LEBED, a Florida resident,**
**LEBED BIZ, L.L.C., a New Jersey Limited**
**Liability Company, PIGASA, INC., a New**
**Jersey Corporation, and CONSTANCE LEBED,**
**a New Jersey Resident.**

      **Defendants.**
_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel hereby file this Notification of Ninety Days Expiring pursuant to S.D. Fla. L.R. 7.1(B)(3), and state as follows:

(1) The Plaintiffs Stockwire Research Group, Inc's and Adrian James' Motion for Final Default Judgment Against Defendants Jonathan Lebed, Pigasa, Inc., and Lebed Biz, LLC (served and filed on March 25, 2008) [DE 53] (the "Motion for Final Default Judgment") has been pending and fully briefed with no hearing set thereon for a period of ninety days.

(2) There have not been any responses or opposing memoranda to the Motion for Final Default Judgment filed by any party.

ASSOULINE & BERLOWE, P.A.
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

  (3) There have not been any reply memoranda or other papers filed in connection with the Motion for Final Default Judgment.

  (4) There has been no hearing on the Motion for Final Default Judgment.

Dated: June 23, 2008       Respectfully submitted,

           **ASSOULINE & BERLOWE, P.A.**
           3250 Mary Street, Suite 308
           Miami, Florida 33133
           Telephone: 305-567-5576
           Facsimile: 305-567-9343
       By: s/Peter A. Koziol
           Peter E. Berlowe (FBN 143650)
           peb@assoulineberlowe.com
           Peter A. Koziol (FBN 0030446)
           pak@assoulineberlowe.com

           *Attorneys for Plaintiffs*
           *Stockwire Research Group, Inc., and*
           *Adrian James*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day June 23, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

| U.S. Mail | CM/ECF |
|---|---|
| **Defendant Jonathan Lebed**<br>lebed316@aol.com<br>49 Ivy Place<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | SUSAN H. APRILL, ESQ. (FBN: 346934)<br>saprill@fowler-white.com<br><br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue |
| **Defendant Lebed Biz, LLC**<br>c/o Jonathan Lebed<br>49 Ivy Place,<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | Miami, Florida 33131-3302<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br><br>*Attorneys for the Defendant*<br>*Constance Lebed* |
| **Defendant Pigasa, Inc.**<br>c/o Jonathan Lebed, Registered Agent<br>26 Sunset Terrace<br>Cedar Grove, NJ 07009<br>Telephone No.: (201) 321-3976 | |

By: *s/Peter A. Koziol*
      Peter A. Koziol