UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

                            **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED**,
a New Jersey Resident.

                            **Defendants.**
_____/

**JOINT STIPULATION AND MOTION FOR FINAL ORDER OF DISMISSAL
AS TO DEFENDANT CONSTANCE LEBED**

It is hereby stipulated and agreed that Plaintiff Stockwire Research Group, Inc., Plaintiff Adrian James, and Defendant Constance Lebed hereby agree that this action be dismissed with prejudice as to Constance Lebed personally. Stockwire Research Group, Inc. and Constance Lebed to bear their respective costs, including any possible attorneys' fees, costs, or other expenses of this litigation, and jointly move this Court to enter a final Order of Dismissal with Prejudice as to Constance Lebed only.[1]

DATED: July 2, 2008

[Electronic signature page follows]

---

[1] This in no way should be construed as a waiver by Stockwire Research Group, Inc. of its right to seek attorneys' fees and costs from the other Defendants, Jonathan Lebed, Lebed Biz, LLC and Pigasa, Inc.

1

|  |  |  |  |
|---|---|---|---|
| | Respectfully submitted, | | Respectfully submitted, |

**FOWLER WHITE BURNETT, P.A.**  
Espirito Santo Plaza, 14th Floor  
1395 Brickell Avenue  
Miami, Florida 33131-3302  
Telephone: (305) 789-9200  
Facsimile: (305) 789-9201  

By: s/Susan H. Aprill  
Susan H. Aprill (FBN: 346934)  
saprill@fowler-white.com  

*Attorneys for the Defendant*  
*Constance Lebed*

**ASSOULINE & BERLOWE, P.A.**  
3250 Mary Street Suite, 308  
Miami, Florida 33133  
Telephone: 305-567-5576  
Facsimile: 305-567-9343  

By: s/Peter A. Koziol  
Peter E. Berlowe (FBN 143650)  
peb@assoulineberlowe.com  
Peter A. Koziol (FBN 0030446)  
pak@assoulineberlowe.com  

*Attorneys for Adrian James, and*  
*Stockwire Research Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day July 2, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/O'SULLIVAN**
**United States District Court, Southern District of Florida**

| U.S. Mail | CM/ECF |
|---|---|
| **Defendant Jonathan Lebed**<br>lebed316@aol.com<br>49 Ivy Place<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | SUSAN H. APRILL, ESQ. (FBN: 346934)<br>saprill@fowler-white.com<br><br>Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue |
| **Defendant Lebed Biz, LLC**<br>c/o Jonathan Lebed<br>49 Ivy Place,<br>Wayne, New Jersey 07470<br>Telephone No.: (862) 377-1768 | Miami, Florida 33131-3302<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br><br>*Attorneys for the Defendant Constance Lebed* |
| **Defendant Pigasa, Inc.[2]**<br>c/o Jonathan Lebed, Registered Agent<br>26 Sunset Terrace<br>Cedar Grove, NJ 07009<br>Telephone No.: (201) 321-3976 | |

By:     s/Peter A. Koziol
        Peter A. Koziol

---

[2] Constance Lebed objects to this as the service address for Pigasa, Inc., so an additional service for this Joint Stipulation and Motion for Final Order of Dismissal as to Constance Lebed will also be served on Pigasa, Inc. c/o Jonathan Lebed at 49 Ivy Place Wayne, New Jersey 07470.