UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22670-CIV-SEITZ/O'SULLIVAN

STOCKWIRE RESEARCH GROUP, INC.,
a Florida corporation, and
ADRIAN JAMES, a Texas resident,

        Plaintiffs,

v.

JONATHAN LEBED, a Florida resident,
LEBED BIZ, LLC, a New Jersey limited
liability company, PIGASA, INC., a New
Jersey corporation, and CONSTANCE
LEBED, a New Jersey resident,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL OF DEFENDANT CONSTANCE LEBED

THIS MATTER is before the Court on the Parties' Joint Stipulation For Final Order of Dismissal as to Defendant Constance Lebed [DE-76]. Having reviewed the Stipulation, it is hereby

ORDERED THAT Defendant Constance Lebed is hereby DISMISSED WITH PREJUDICE from the instant matter, with Plaintiffs and Ms. Lebed to bear their own respective attorneys' fees and costs.

DONE and ORDERED in Miami, Florida this 8th day of July, 2008.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record