## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

     **Plaintiffs,**

vs.

**JONATHAN LEBED,** a Florida resident,
**LEBED BIZ, L.L.C.,** a New Jersey Limited
Liability Company, **PIGASA, INC.,** a New
Jersey Corporation, and **CONSTANCE LEBED,**
a New Jersey Resident.

     **Defendants.**
_____/

### NOTIFICATION OF FILING DECLARATION OF COUNSEL
**(Pursuant to Order Contained in Notice of Evidentiary Hearing [DE 77])**

  Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel hereby file this Notification of Filing Declaration of Counsel indicating the manner and means by which Counsel has personally served a copy of the Notice of Evidentiary Hearing [DE 77], and the Motion for Final Default Judgment [DE 53], inclusive of Defendants' last known addresses.

Dated: July 17, 2008       Respectfully submitted,

              **ASSOULINE & BERLOWE, P.A.**
              3250 Mary Street, Suite 308
              Miami, Florida 33133
              Telephone: 305-567-5576
              Facsimile: 305-567-9343
          By: s/Peter A. Koziol
              Peter E. Berlowe (FBN 143650)
              peb@assoulineberlowe.com
              Peter A. Koziol (FBN 0030446)
              pak@assoulineberlowe.com

              *Attorneys for Plaintiffs*
              *Stockwire Research Group, Inc., and*
              *Adrian James*

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day July 17, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

**U.S. Mail and E-Mail**

**Defendant Jonathan Lebed**
lebed316@aol.com
49 Ivy Place
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Lebed Biz, LLC**
c/o Jonathan Lebed
49 Ivy Place,
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Pigasa, Inc.**
c/o Jonathan Lebed, Registered Agent
26 Sunset Terrace
Cedar Grove, NJ 07009
Telephone No.: (201) 321-3976

By: *s/Peter A. Koziol*
     Peter A. Koziol