## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/MCALILEY

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

                **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED**,
a New Jersey Resident.

                **Defendants.**
_____/

### PLAINTIFFS' EXHIBIT REGISTER

Date of Hearing /Trial:        July 23, 2008 at 8:30a.m.

Type of Hearing / Trial:       Evidentiary Hearing on Motion for Default Judgment

| Exhibit Number | Description | For I.D. | In Evidence |
|---|---|---|---|
| 1 | Amended Complaint, and all Corresponding Exhibits [DE 3][1-5] | | |
| 2 | Plaintiffs Stockwire Research Group, Inc's and Adrian James' Motion For Final Default Judgment Against Defendants Jonathan Lebed, Pigasa, Inc., and Lebed Biz, LLC and Corresponding Exhibits [DE 53][1-6] | | |
| 3 | Second Declaration of Adrian James, and all corresponding Exhibits. | | |
| 4 | Plaintiff Stockwire Research Group, Inc.'s First Set of Requests for Admissions to Defendant Jonathan Lebed | | |

MI1:\109114\01\2C6Y01!.DOC\66024.0029

1
**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

| **Exhibit Number** | **Description** | **For I.D.** | **In Evidence** |
|---|---|---|---|
| 5 | Plaintiff Stockwire Research Group, Inc.'s Second Set of Request for Admissions to Defendant Jonathan Lebed | | |
| 6 | Plaintiff Stockwire Research Group, Inc.'s First Request for Production to [All] Defendants Jonathan Lebed, Constance Lebed, Pigasa, Inc., and Lebed Biz, LLC | | |
| 7 | Plaintiff Stockwire Research Group, Inc.'s Second Request for Production to [All] Defendants Jonathan Lebed, Constance Lebed, Pigasa, Inc., and Lebed Biz, LLC | | |
| 8 | Plaintiff Stockwire Research Group, Inc,'s First Set of Interrogatories to Defendant Lebed Biz, LLC | | |
| 9 | Plaintiff Stockwire Research Group, Inc,'s First Set of Interrogatories to Defendant Jonathan Lebed | | |
| 10 | Documents Produced by Constant Contact, Inc. | | |
| 11 | Documents Produced by Abacus America, Inc. | | |
| 12 | Documents Produced by America Online, Inc. | | |
| 13 | Youtube Terms of Service Contract | | |
| 14 | Documents Produced by Google, Inc. | | |
| 15 | Emails from Jonathan Lebed to Plaintiffs' Counsel, Peter A. Koziol | | |
| 16 | Notice of Taking Deposition of Jonathan Lebed | | |
| 17 | Certificate of Non-Appearance of Jonathan Lebed | | |

MI1:\109114\01\2C6Y01!.DOC\66024.0029

2
**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

| **Exhibit Number** | **Description** | **For I.D.** | **In Evidence** |
|---|---|---|---|
| 18 | All Documents Previously Filed by CM/ECF in this case | | |

Dated: July 17, 2008　　　　　　　　　Respectfully submitted,

            **ASSOULINE & BERLOWE, P.A.**
            3250 Mary Street, Suite 308
            Miami, Florida 33133
            Telephone: 305-567-5576
            Facsimile: 305-567-9343
        By: *s/Peter A. Koziol*
            Peter E. Berlowe (FBN 143650)
            peb@assoulineberlowe.com
            Peter A. Koziol (FBN 0030446)
            pak@assoulineberlowe.com

            *Attorneys for Plaintiffs*
            *Stockwire Research Group, Inc., and*
            *Adrian James*

MI1:\109114\01\2C6Y01!.DOC\66024.0029

3
**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day July 17, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/O'SULLIVAN**
**United States District Court, Southern District of Florida**

**U.S. Mail, and Email**

**Defendant Jonathan Lebed**
lebed316@aol.com
49 Ivy Place
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Lebed Biz, LLC**
c/o Jonathan Lebed
49 Ivy Place,
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Pigasa, Inc.**
c/o Jonathan Lebed, Registered Agent
26 Sunset Terrace
Cedar Grove, NJ 07009
Telephone No.: (201) 321-3976

**Defendant, Jonathan Lebed**
101 20th Street, #2707
Miami Beach, FL 33139-1903


By:     *s/Peter A. Koziol*
         Peter A. Koziol

MI1:\109114\01\2C6Y01!.DOC\66024.0029

4
**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343