## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES,** a Texas Resident.

           **Plaintiffs,**

vs.

**JONATHAN LEBED,** a Florida resident,
**LEBED BIZ, L.L.C.,** a New Jersey Limited
Liability Company, **PIGASA, INC.,** a New
Jersey Corporation, and **CONSTANCE LEBED,**
a New Jersey Resident.

           **Defendants.**
_____/

### NOTICE OF FILING DESIGNATION
### AND EXCERPTS OF RELEVANT DISCOVERY REQUESTS

Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel hereby file this Notice of Filing Designation and Excerpts of Relevant Discovery Requests in Support of Plaintiffs Stockwire Research Group, Inc's and Adrian James' Motion For Final Default Judgment Against Defendants Jonathan Lebed, Pigasa, Inc., and Lebed Biz, LLC [DE 53] set for hearing on July 23, 2007 [DE 77]. The original full requests were filed on July 17, 2008 as exhibits to Plaintiffs' Exhibit Register [DE 80]. Plaintiffs' counsel has emphasized Reqs. Nos. 30 and 31 which are directly responsive to this Court's request in fn. 1 of the Notice of Evidentiary Hearing on Motion for Default Judgment [DE 77]. *See* Composite Exhibit A at 3, attached hereto. These requests have been conclusively admitted by operation of law as provided by Fed. R. Civ. P. 36(a)(1)(3),(b). *See* also Decl. of Peter A. Koziol, Esq., attached hereto as Exhibit B.

[Signature page follows]

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

| | |
|---|---|
| Dated: July 22, 2008 | Respectfully submitted, |

                              **ASSOULINE & BERLOWE, P.A.**
                              3250 Mary Street, Suite 308
                              Miami, Florida 33133
                              Telephone: 305-567-5576
                              Facsimile: 305-567-9343
                   By:   s/Peter A. Koziol
                              Peter E. Berlowe (FBN 143650)
                              peb@assoulineberlowe.com
                              Peter A. Koziol (FBN 0030446)
                              pak@assoulineberlowe.com

                              *Attorneys for Plaintiffs*
                              ***Stockwire Research Group, Inc., and Adrian James***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day July 22, 2008 on all counsel or parties of record on the service list indicated below:

## SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
CASE NO.: 07-22670 CIV-SEITZ/MCALILEY
United States District Court, Southern District of Florida

**U.S. Mail and E-Mail**

**Defendant Jonathan Lebed**
lebed316@aol.com
49 Ivy Place
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Lebed Biz, LLC**
c/o Jonathan Lebed
49 Ivy Place,
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Pigasa, Inc.**
c/o Jonathan Lebed, Registered Agent
26 Sunset Terrace
Cedar Grove, NJ 07009
Telephone No.: (201) 321-3976

**Defendant, Jonathan Lebed**
101 20th Street, #2707
Miami Beach, FL 33139-1903

By: *s/Peter A. Koziol*
Peter A. Koziol