UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

STOCKWIRE RESEARCH GROUP, INC.      Case No. 07-22670-CV-PAS

     v.                                MIAMI, FLORIDA
                                          July 23, 2008
                                          VOLUME I

                                          PAGE 1 TO 66

JONATHAN LEBED, ET AL.

HEARING ON MOTION FOR DEFAULT JUDGMENT
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

FILED by CA D.C.
JUL 2 9 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

APPEARANCES:

FOR THE PLAINTIFFS:

                PETER E. BERLOWE, ESQ.
                PETER A. KOZIOL, ESQ.
                ERIC ASSOULINE, ESQ.
                Assouline & Berlowe
                213 E. Sheridan Street - Suite 3
                Dania Beach, FL  33004

FOR THE DEFENDANT:

                NO APPEARANCES

REPORTED BY:      DAVID S. EHRLICH, RPR
                  Official Court Reporter
                  Wilkie D. Ferguson, Jr.
                  U.S. Courthouse
                  400 N. Miami, Room 11-4
                  Miami, Florida 33128-1810
                  (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-22670-CV-PAS
## DE#

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
 consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____