## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

      **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED**,
a New Jersey Resident.

      **Defendants.**
_____/

### NOTICE OF FILING PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW AND PROPOSED FINAL JUDGMENT

  Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel hereby file this Notice of Filing Proposed Findings of Facts and Conclusions of Law and Proposed Final Judgment pertaining to the Evidentiary Hearing held on July 23, 2008. These documents will also be emailed to Jamie_Ogden@flsd.uscourts.gov in Wordperfect format.

Dated: August 6, 2008      Respectfully submitted,

            **ASSOULINE & BERLOWE, P.A.**
            3250 Mary Street, Suite 308
            Miami, Florida 33133
            Telephone: 305-567-5576
            Facsimile: 305-567-9343
     By: s/Peter A. Koziol_____
            Peter E. Berlowe (FBN 143650)
            peb@assoulineberlowe.com
            Peter A. Koziol (FBN 0030446)
            pak@assoulineberlowe.com

            *Attorneys for Plaintiffs*
            *Stockwire Research Group, Inc., and Adrian James*

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day August 6, 2008 on all counsel or parties of record on the service list indicated below:

### SERVICE LIST

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

**U.S. Mail**

**Defendant Jonathan Lebed**
lebed316@aol.com
49 Ivy Place
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Lebed Biz, LLC**
c/o Jonathan Lebed
49 Ivy Place,
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Pigasa, Inc.**
c/o Jonathan Lebed, Registered Agent
26 Sunset Terrace
Cedar Grove, NJ 07009
Telephone No.: (201) 321-3976

**Defendant, Jonathan Lebed**
101 20th Street, #2707
Miami Beach, FL 33139-1903

By: *s/Peter A. Koziol*
Peter A. Koziol