## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

**STOCKWIRE RESEARCH GROUP, INC.**
a Florida corporation, and
**ADRIAN JAMES**, a Texas Resident.

          **Plaintiffs,**

vs.

**JONATHAN LEBED**, a Florida resident,
**LEBED BIZ, L.L.C.**, a New Jersey Limited
Liability Company, **PIGASA, INC.**, a New
Jersey Corporation, and **CONSTANCE LEBED**,
a New Jersey Resident.

          **Defendants.**
_____/

### MOTION FOR ENTRY OF DEFAULT

Plaintiffs Stockwire Research Group, Inc. and Adrian James, by and through their undersigned counsel, hereby Move for Entry of Default, pursuant to Federal Rule of Civil Procedure 55(a), against Defendants Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc. (collectively the "Defendants") for failure to file a responsive pleading and states:

1. On November 9, 2007, Plaintiff served Defendant Pigasa, Inc. with the Summons and Amended Complaint. The Return of Service by the process server was filed with the Court on November 19, 2007 [DE 10].

2. On November 28, Rick Ruz, Esq. accepted service of the Summons and Amended Complaint on Behalf of Defendants Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc. [DE 13]

3. On November 29, 2007, Defendants Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc. file a motion for extension of time to respond to the Amended Complaint. [DE 11]

4. On December 5, 2007 the Affidavit of Acceptance of Service on behalf of Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc. was filed with the Court. [DE 13]

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343

Dockets.Justia.com

5. On December 14, 2007 Defendants Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc. moved to strike portions of the [sic] complaint. [DE 19].

6. On February 12, 2008 the Court denied Defendants' Motion to Strike and ordered Defendants Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc. to answer the Amended Complaint. [DE 42].

7. To date, no answer to the Amended Complaint has been filed by Defendants Jonathan Lebed, Lebed Biz, LLC or Pigasa, Inc., who have collectively failed to plead or otherwise defend. *See* Decl. of P. Koziol [DE 83-3].

8. To Plaintiffs' knowledge, Defendant Jonathan Lebed is not in the military, nor is he an infant or incompetent. *See* attached Non-Military Declaration.

9. The undersigned counsel for Plaintiff was unable to confer with counsel for Defendants Jonathan Lebed, Lebed Biz, LLC or Pigasa, Inc. pursuant to Local Rule 7.1(A)(3), because the Defendants Jonathan Lebed, Lebed Biz, LLC or Pigasa, Inc. have refused to communicate with counsel for the Plaintiffs. *See* Decl. of P. Koziol [DE 83-3].

WHEREFORE, Plaintiffs Stockwire Research Group, Inc. and Adrian James respectfully request entry of a default against the Defendants Jonathan Lebed, Lebed Biz, LLC, and Pigasa, Inc.

Dated: August 7, 2008

Respectfully submitted,

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308
Miami, Florida 33133
Telephone: 305-567-5576
Facsimile: 305-567-9343

By: s/Peter A. Koziol
Peter E. Berlowe (FBN 143650)
peb@assoulineberlowe.com
Peter A. Koziol (FBN 0030446)
pak@assoulineberlowe.com

*Attorneys for Plaintiffs*
*Stockwire Research Group, Inc., and Adrian James*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day August 7, 2008 on all counsel or parties of record on the service list indicated below:

## **SERVICE LIST**

*Stockwire Research Group, Inc. v. Lebed, et. al.*
**CASE NO.: 07-22670 CIV-SEITZ/MCALILEY**
**United States District Court, Southern District of Florida**

**U.S. Mail**

**Defendant Jonathan Lebed**
lebed316@aol.com
49 Ivy Place
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Lebed Biz, LLC**
c/o Jonathan Lebed
49 Ivy Place,
Wayne, New Jersey 07470
Telephone No.: (862) 377-1768

**Defendant Pigasa, Inc.**
c/o Jonathan Lebed, Registered Agent
26 Sunset Terrace
Cedar Grove, NJ 07009
Telephone No.: (201) 321-3976

**Defendant, Jonathan Lebed**
101 20th Street, #2707
Miami Beach, FL 33139-1903

By: *s/Peter A. Koziol*
Peter A. Koziol

**ASSOULINE & BERLOWE, P.A.**
3250 Mary Street, Suite 308, Miami, Florida 33133 • Telephone: 305-567-5576 • Facsimile: 305-567-9343