UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Stockwire Research Group, Inc CASE NO. **07-CV-22670-PAS**
et al,

    Plaintiff(s),

v.

Jonathan Lebed et al,

    Defendant(s).
_____/

| FILED by _____ D.C. |
| --- |
| **Aug 8, 2008** |
| STEVEN M. LARIMORE<br>CLERK<br>U.S. DIST. CT.<br>S.D. OF FLA. |

## **CLERK'S DEFAULT**

It appearing that the claimant(s) herein, **Jonathan Lebed, Lebed Biz, LLC & Pigasa, Inc,** are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against claimant(s) **Jonathan Lebed, Lebed Biz, LLC & Pigasa, Inc,** as of course, on this date August 8, 2008.

                                                **STEVEN M. LARIMORE**
                                    Court Administrator • Clerk of Court


                                       By: /S/Ahlai Israel
                                           Deputy Clerk

cc: Hon. Judge Patricia A. Seitz