UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-22670 CIV-SEITZ/O'SULLIVAN

STOCKWIRE RESEARCH GROUP, INC. and
ADRIAN JAMES,
                            Plaintiffs,

vs.

JONATHAN LEBED, LEBED BIZ, L.L.C.,
PIGASA, INC., and CONSTANCE LEBED,

                          Defendants.
_____/

## FINAL DEFAULT JUDGMENT

For the reasons set forth in the Court's concurrently issued Order Granting Plaintiffs' Motion for Final Default Judgment, it is hereby

ORDERED that

(1)      Final Default Judgment is ENTERED in favor of Plaintiff Stockwire Research Group, Inc. and Adrian James against Defendants Jonathan Lebed, Pigasa, Inc. and Lebed Biz, L.L.C. ("Defendants"). Defendants are hereby jointly and severally liable to Plaintiff Stockwire Research Group, Inc., and shall pay Stockwire Research Group, Inc. the sum of **$2,567,200**, consisting of $75,000 in statutory damages under Count II, $2,357,200 in statutory damages under Count III, and $135,000 in trebled actual damages under Count IV of the Amended Complaint. In addition, Plaintiff Stockwire Research Group, Inc. shall be entitled to pre-judgment interest at the rate of 11% per annum from August 2, 2007, the date of indebtedness, through the date of this Final Judgment, as well as post-judgment interest at the statutory rate contained in 28 U.S.C. § 1961, until such Judgment is satisfied.

(2)      Jonathan Lebed, Pigasa, Inc., and Lebed Biz L.L.C., their officers, directors, agents, and affiliates, are enjoined from any and all further unauthorized publication, printing, display or other public use of Adrian James' name, Adrian James' likeness, Stockwire Research Group, Inc's name, Stockwire Research Group, Inc's trademarks, Stockwire Research Group, Inc's copyrights, and/or Stockwire Research Group, Inc's copyrighted

works, inclusive of the "Stockumentary Multimedia Report: Amedia Networks Episode," pursuant to 17 U.S.C. § 1203 and 15 U.S.C. §§ 1116, 1118.

(3) Jonathan Lebed, Pigasa, Inc., and Lebed Biz L.L.C. shall destroy, transfer, or deliver all infringing materials, products, domain names, and devices, to the Plaintiffs Stockwire Research Group, Inc. and/or Adrian James.

(4) Jonathan Lebed, Pigasa, Inc., and Lebed Biz L.L.C., their officers, directors, agents, and affiliates are enjoined from casting Adrian James in any false light, or publicizing anything regarding Adrian James that is misleading, false, or untruthful.

(C) Jonathan Lebed, Pigasa, Inc., and Lebed Biz L.L.C., their officers, directors, agents, and affiliates, are permanently enjoined from any and all use of any mark confusingly similar to Stockwire Research Group, Inc's trademarks, names, or likeness, and are permanently enjoined from any use of stockwire.com forums, or any protected portion of Stockwire Research Group, Inc.'s website.

(D) Jonathan Lebed, Pigasa, Inc., and Lebed Biz L.L.C., their officers, directors, agents, and affiliates, are permanently enjoined from use of any methods of circumventing, avoiding, or bypassing any of Stockwire Research Group, Inc.'s or Adrian James' technical protection measures, as well as removing, distributing or trafficking in Stockwire Research Group, Inc.'s copyright management information or in works or copies of works from which Defendants know that Stockwire Research Group, Inc.'s copyright management information has been removed.

(E) Jonathan Lebed, Pigasa, Inc., and Lebed Biz L.L.C., their officers, directors, agents, and affiliates, are permanently enjoined from any further interference with Plaintiffs prospective or existing business relations.

DONE AND ORDERED in Miami, Florida this 17th day of September, 2008.

HON. PATRICA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan

Counsel of Record

Defendants Jonathan Lebed, Pigasa, Inc., and Lebed Biz, LLC
49 Ivy Place, Wayne, New Jersey 07470